# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy —Keep It With Your Policy*

## Alaska Amendatory Endorsement
## Deluxe Homeowners Policy, Deluxe Plus Homeowners Policy – AP1233

I.    It is agreed that the following provision is added to the **General** provisions:

**Conditional Reinstatement**

If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

II.   In **Section I – Your Property, Coverage B – Other Structures Protection**, the following is added as item 23. under **Losses We Do Not Cover Under Coverages A and B:**

23.  Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or land at the **residence premises**, except as specifically provided in **Section I, Additional Protection** under **Building Codes**.

**We** do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

III.  In **Section I – Your Property, Coverage C – Personal Property Protection**, the following is added as item 15. under **Losses We Do Not Cover Under Coverage C:**

15.  Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure**, or other structure at the **residence premises**, except as specifically provided in **Section I, Additional Protection** under **Building Codes**.

**We** do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

III.  In **Section I – Your Property, Additional Protection**, the following is added:

Page 1

EXHIBIT___*A*___

PG_____*11*___ OF _*50*___

**Building Codes**
**We** will pay up to 10% of the amount of insurance shown on the Policy Declarations under **Coverage A – Dwelling Protection** to comply with applicable laws regulating the construction, use, or repair of any property or requiring the tearing down of any property after a covered loss to covered **building structures** and when repair or replacement results in increased cost due to the enforcement of these laws.

The amount of insurance provided by this endorsement is a separate limit of liability, and is the maximum **we** will pay for any one loss.  Coverage only applies to that portion of the dwelling that was damaged due to a covered loss.

IV.    In **Section I - Conditions,** under 5. **How We Pay For A Loss,** the following is added as the last paragraph of c) **Building Structure Reimbursement:**

Payment under "a", "b", "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures except as provided under **Section I, Additional Protection - Building Codes.**

All other policy terms and conditions apply.

EXHIBIT____*A*_____
PG_____*12*___OF *50*_____

# Allstate
# Deluxe
# Homeowners
# Policy

*Alaska*

Allstate Insurance Company
Home Office: Northbrook, Illinois 60062
AP408

*Allstate*
You're in good hands.

EXHIBIT ___A___
PG. ___13___ OF ___50___

1

*Table of Contents*

### General

3  Definitions Used In This Policy
4  Insuring Agreement
5  Agreements We Make With You
5  Conformity To State Statutes
5  Coverage Changes
5  Policy Transfer
5  Continued Coverage After Your Death
5  Cancellation
6  Concealment Or Fraud

### Section I — Your Property

*Coverage A*
*Dwelling Protection*

7  Property We Cover Under Coverage A
7  Property We Do Not Cover Under
   Coverage A

*Coverage B*
*Other Structures Protection*

7  Property We Cover Under Coverage B
7  Property We Do Not Cover Under
   Coverage B
7  Losses We Cover Under
   Coverages A and B
7  Losses We Do Not Cover Under
   Coverages A And B

*Coverage C*
*Personal Property Protection*

10  Property We Cover Under Coverage C
10  Limitations On Certain Personal
    Property
12  Property We Do Not Cover Under
    Coverage C

12  Losses We Cover Under Coverage C
14  Losses We Do Not Cover Under
    Coverage C

### Additional Protection

15  Additional Living Expense
16  Credit Card, Bank Fund Transfer Card,
    Check Forgery And Counterfeit Money
16  Debris Removal
16  Emergency Removal Of Property
17  Fire Department Charges
17  Temporary Repairs After A Loss
17  Trees, Shrubs, Plants And Lawns
17  Temperature Change
17  Power Interruption
17  Arson Reward
18  Collapse
18  Land

### Section I — Conditions

19  Deductible
19  Insurable Interest And Our Liability
19  What You Must Do After A Loss
20  Our Settlement Options
20  How We Pay For A Loss
22  Our Settlement Of Loss
22  Appraisal
22  Abandoned Property
22  Permission Granted To You
23  Our Rights To Recover Payment
23  Our Rights To Obtain Salvage
23  Suit Against Us
23  Loss To A Pair Or Set
23  Glass Replacement
23  No Benefit To Bailee
23  Other Insurance

EXHIBIT  *A*
PG.  *14*  OF *50*

2
*Table of Contents (Continued)*

23  Property Insurance Adjustment
24  Mortgagee

*Section II — Family Liability and
Guest Medical Protection*

*Coverage X
Family Liability Protection*

25  Losses We Cover Under Coverage X
25  Losses We Do Not Cover Under
    Coverage X

*Coverage Y
Guest Medical Protection*

27  Losses We Cover Under Coverage Y
27  Losses We Do Not Cover Under
    Coverage Y

*Additional Protection*

29  Claim Expenses
29  Emergency First Aid
29  Damage To Property Of Others

*Section II — Conditions*

30  What You Must Do After An Accidental Loss
30  What An Injured Person Must Do —
    Coverage Y — Guest Medical Protection
31  Our Payment Of Loss — Coverage Y
    Guest Medical Protection
31  Our Limits Of Liability
31  Bankruptcy
31  Our Rights To Recover Payment —
    Coverage X — Family Liability Protection
31  Suit Against Us

31  Other Insurance — Coverage X
    Family Liability Protection
31  Limitation Of Attorney's Fees

*Section III — Optional Protection*

*Optional Coverages
You May Buy*

33  Coverage BP
    Increased Coverage On Business Property
33  Coverage DP
    Increased Coverage On Electronic
    Data Processing Equipment
33  Coverage F
    Fire Department Charges
33  Coverage G
    Loss Assessments
34  Coverage J
    Extended Coverage On Jewelry, Watches
    And Furs
34  Coverage K
    Incidental Office, Private School
    or Studio
35  Coverage LR
    Lock Replacement
35  Coverage M
    Increased Coverage On Money
35  Coverage P
    Business Pursuits
36  Coverage S
    Increased Coverage On Securities
36  Coverage SD
    Satellite Dish Antennas
36  Coverage SE
    Portable Cellular Communication Systems
36  Coverage ST
    Increased Coverage On Theft Of
    Silverware

EXHIBIT___*A*___
PG___*15*___OF_*50*___

3

*Allstate Insurance Company*
*The Company Named in the Policy Declarations*
*A Stock Company — Home Office: Northbrook, Illinois 60062*

*Definitions Used In This Policy*

1. "You" or "your" — means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. "Allstate," "we," "us," or "our" — means the company named on the Policy Declarations.

3. "Insured person(s)" — means you and, if a resident of your household:
   a) any relative; and
   b) any dependent person in your care.

   Under Coverage X — Family Liability Protection and Coverage Y — Guest Medical Protection, "insured person" also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an insured person. We do not cover any person or organization using or having custody of animals or watercraft in any business, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an insured person.

4. "Bodily Injury" — means physical harm to the body, including sickness or disease, and resulting death, except that bodily injury does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

Under Coverage Y — Guest Medical Protection, bodily injury means physical harm to the body, including sickness or disease, except that bodily injury does not include:
a) any venereal disease;
b) Herpes;
c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. "Building Structure" — means a structure with walls and a roof.

6. "Business" — means:
   a) any full or part-time activity of any kind engaged in for economic gain and the use of any part of any premises for such purposes. The providing of home day care services to other than an insured person or relative of an insured person for economic gain is also a business. However, the mutual exchange of home day care services is not considered a business;
   b) any property rented or held for rental by an insured person. Rental of your residence premises is not considered a business when:
      1) it is rented occasionally for residential purposes;

EXHIBIT___A____
PG____16___OF___50___

4

2) a portion is rented to not more than two roomers or boarders; or
3) a portion is rented as a private garage.

7. "Residence premises" — means the dwelling, other structures and land located at the address stated on the Policy Declarations.

8. "Insured premises" — means:
   a) the residence premises; and
   b) under Section II only:
      1) the part of any other premises, other structures and grounds used by you as a residence. This includes premises, structures and grounds you acquire for your use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an insured person but where an insured person is temporarily living;
      3) cemetery plots or burial vaults owned by an insured person;
      4) vacant land, other than farmland, owned by or rented to an insured person;
      5) land owned by or rented to an insured person where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an insured person in connection with the residence premises;
      7) any part of a premises occasionally rented to an insured person for other than business purposes.

9. "Occurrence" — means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in bodily injury or property damage.

10. "Property damage" — means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "Residence employee" — means an employee of an insured person while performing duties arising out of and in the course of employment in connection with the maintenance or use of your residence premises. This includes similar duties performed elsewhere for an insured person, not in connection with the business of an insured person.

12. "Dwelling" — means a one, two, three or four family building structure, identified as the insured property on the Policy Declarations, where you reside and which is principally used as a private residence.

*Insuring Agreement*

In reliance on the information you have given us, Allstate agrees to provide the coverages indicated on the Policy Declarations. In return, you must pay the premium when due and comply with the policy terms and conditions.

Subject to the terms of this policy, the Policy Declarations shows the location of the residence premises, applicable coverages, limits of liability and premiums. The policy applies only to losses or occurrences that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

EXHIBIT____*A*____
PG.____*17*____OF____*50*____

5

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

### Agreements We Make With You
We make the following agreements with you:

#### Conformity To State Statutes
When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

#### Coverage Changes
When Allstate broadens coverage during the premium period without charge, you have the new features if you have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given us. You agree to cooperate with us in determining if this information is correct and complete. You agree that if this information changes, is incorrect or incomplete, we may adjust your coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for our use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

#### Policy Transfer
**You** may not transfer this policy to another person without our written consent.

#### Continued Coverage After Your Death
If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.
2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

#### Cancellation
**Your Right to Cancel:**
**You** may cancel this policy by notifying us of the future date you wish to stop coverage.

Our Right to Cancel:
Allstate may cancel this policy by mailing notice to **you** at the last known address of the insured.

We may cancel this policy for one or more of the following reasons:
1) non-payment of premium;
2) an **insured person** has been convicted of a crime and one of the necessary elements of that crime was an act increasing any hazard we cover;

EXHIBIT ___ *A*

PG. ___ *18* ___ OF *50*

6

3)  material misrepresentation or fraud made by
    an insured person or a representative of an
    insured person when the policy was
    obtained, or by an insured person when a
    claim was submitted;
4)  grossly negligent acts or omissions by an
    insured person which have substantially
    changed or increased the hazards we
    originally agreed to insure; or
5)  physical changes in the covered property
    which make the property uninsurable.

If the cancellation is for items (2) or (3) above, we
will give you at least 10 days notice. If the
cancellation is for non-payment of premium, we
will give you at least 20 days notice. If the
cancellation is for any other reason, we will give
you at least 30 days notice.

When this policy has been in effect for less than
60 days, and it is not a renewal with us, we may
cancel this policy for any reason. We will give you
at least 30 days notice of the cancellation before
the cancellation takes effect, unless the reason for
cancellation is for items (2) or (3) above, in which
case we will give you at least 10 days notice, or
non-payment of premium, in which case we will
give you at least 20 days.

Our mailing the notice of cancellation to you by
first class mail and obtaining a certificate of
mailing from the U.S. Postal Service, as specified
under Alaska Statute AS 21.36.210 through AS
21.36.310, will be deemed to be proof of notice.
Coverage under this policy will terminate on the
effective date and hour stated on the cancellation
notice. Your return premium, if any, will be
calculated on a pro rata basis and refunded or
credited within 45 days of receipt of the request
for cancellation or the effective date of

cancellation, whichever is later. However, refund
of unearned premium is not a condition of
cancellation.

Our Right Not to Renew or Continue:
Allstate has the right not to renew or continue
the policy beyond the current premium period. If
we do not intend to continue or renew the policy,
we will mail you notice at least 30 days before the
end of the premium period. Our mailing the
notice of non-renewal to you by first class mail
and obtaining a certificate of mailing from the
U.S. Postal Service, as specified under Alaska
Statute AS 21.36.210 through AS 21.36.310, will
be deemed to be proof of notice.

*Concealment Or Fraud*
We will not cover any loss or occurrence of any
insured person who has obtained this policy
through fraud, misrepresentation or concealment
of any material fact or circumstance.

EXHIBIT ___*A*___
PG___*19*___OF___*50*___

7

*Section I — Your Property*

---

*Coverage A*
*Dwelling Protection*

*Property We Cover Under Coverage A:*
1.  Your dwelling including attached structures.
    Structures connected to your dwelling by
    only a fence, utility line, or similar connection
    are not considered attached structures.

2.  Construction materials and supplies at the
    residence premises for use in connection
    with your dwelling.

3.  Wall-to-wall carpeting fastened to your
    dwelling.

*Property We Do Not Cover Under Coverage A:*
1.  Any structure including fences or other
    property covered under **Coverage B — Other
    Structures Protection**.

2.  Land, except as specifically provided in
    Section I — Additional Protection under
    item 12, "Land."

3.  Satellite dish antennas and their systems,
    whether or not attached to your dwelling.

*Coverage B*
*Other Structures Protection*

*Property We Cover Under Coverage B:*
1.  Structures at the address shown on the Policy
    Declarations separated from your dwelling
    by clear space.

2.  Structures attached to your dwelling by only
    a fence, utility line, or similar connection.

3.  Construction materials and supplies at the

address of the **residence premises** for use in
connection with structures other than your
dwelling.

4.  Wall-to-wall carpeting fastened to other
    building structures.

*Property We Do No̲ ̲.̲.̲er Under Coverage B:*
1.  Structures used in whole or in part for
    business purposes.

2.  Any structure or other property covered under
    **Coverage A — Dwelling Protection**.

3.  Construction materials and supplies at the
    address of the **residence premises** for use in
    connection with the dwelling.

4.  Land, no matter where located, or the
    replacement, rebuilding, restoration,
    stabilization or value of any such land.

5.  Satellite dish antennas and their systems,
    whether or not attached to building
    structures.

*Losses We Cover Under Coverages A and B:*
We will cover sudden and accidental direct
physical loss to property described in **Coverage A
— Dwelling Protection** and **Coverage B —
Other Structures Protection** except as limited
or excluded in this policy.

*Losses We Do Not Cover Under Coverages A
and B:*
We do not cover loss to the property described in
**Coverage A — Dwelling Protection** or
**Coverage B — Other Structures Protection**
consisting of or caused by:

1.  Flood, including, but not limited to surface

EXHIBIT_____*A*_____

PG___*20*___OF__*50*___