28

a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
c) a motorized wheel chair;
d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
e) a golf cart owned by an **insured person** when used for golfing purposes;
f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
g) lawn or garden implements under 40 horsepower;
h) **bodily injury** to a **residence employee**.

6. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
a) has inboard or inboard-outboard motor power of more than 50 horsepower;
b) is a sailing vessel 26 feet or more in length;
c) is powered by one or more outboard motors with more than 25 total horsepower;
d) is designated as an airboat, air cushion, or similar type of watercraft; or
e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to **bodily injury** to a **residence employee**.

7. We do not cover **bodily injury** arising out of:
a) the negligent supervision by any **insured person** of any person; or
b) any liability statutorily imposed on any **insured person** arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under Section II of this policy.

8. We do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. We do not cover **bodily injury** arising out of the rendering of, or failure to render professional services by, an **insured person**.

10. We do not cover **bodily injury** arising out of the past or present **business** activities of an **insured person**.

We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

11. We do not cover **bodily injury** to any person on the **insured premises** because of a **business**

EXHIBIT __A__
PG __41__ OF __50__

*Additional Protection*                                                29

activity or professional service conducted there.

12. We do not cover bodily injury arising out of any premises, other than an insured premises, owned, rented or controlled by an **insured person**. This exclusion does not apply to bodily injury to a **residence employee**.

13. We do not cover bodily injury caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

We will pay, in addition to the limits of liability:

1. **Claim Expenses**
   We will pay:
   a) all costs we incur in the settlement of any claim or the defense of any suit against an **insured person**;
   b) interest accruing on damages awarded until such time as we have paid, formally offered, or deposited in court the amount for which we are liable under this policy; interest will be paid only on damages which do not exceed our limits of liability;
   c) premiums on bonds required in any suit we defend; we will not pay bond premiums in an amount that is more than our limit of liability; we have no obligation to apply for or furnish bonds;
   d) up to $150 per day for loss of wages and salary, when we ask you to attend trials and hearings;
   e) any other reasonable expenses incurred by an **insured person** at our request.

2. **Emergency First Aid**
   We will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving bodily injury covered under this policy.

3. **Damage To Property Of Others**
   At your request, we will pay up to $500 each time an **insured person** causes property damage to someone else's property. At our option, we will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

   We will not pay for property damage:
   a) to property covered under Section I of this policy;

EXHIBIT _____A_____
PG __42__ OF _50_

30

Section II — Conditions

b) to property intentionally damaged by an insured person who has attained the age of 13;
c) to property owned by or rented to an insured person, any tenant of an insured person, or any resident in your household; or
d) arising out of:
   1) past or present business activities;
   2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
   3) the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft.

1. **What You Must Do After An Accidental Loss**
   In the event of bodily injury or property damage, you must do the following:
   a) Promptly notify us or our agent stating:
      1) your name and policy number;
      2) the date, the place and the circumstances of the loss;
      3) the name and address of anyone who might have a claim against an **insured person**;
      4) the names and addresses of any witnesses.
   b) Promptly send us any legal papers relating to the accident.
   c) At our request, an **insured person** will:
      1) cooperate with us and assist us in any matter concerning a claim or suit;
      2) help us enforce any right of recovery against any person or organization who may be liable to an **insured person**;
      3) attend any hearing or trial.
   d) Under the **Damage To Property Of Others** protection, give us a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show us any damaged property under that person's control.

   Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do —
   Coverage Y — Guest Medical Protection**
   If someone is injured, that person, or someone

EXHIBIT **A**
PG **43** OF **50**

31

acting for that person, must do the following:
a) Promptly give us written proof of the loss. If we request, this must be done under oath.
b) Give us written authorization to obtain copies of all medical records and reports.
c) Permit doctors we select to examine the injured person as often as we may reasonably require.

3. **Our Payment Of Loss — Coverage Y — Guest Medical Protection**
We may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by us or an **insured person**.

4. **Our Limits Of Liability**
Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, our total liability under **Coverage X — Family Liability Protection** for damages resulting from one **occurrence** will not exceed the limit shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence**.

Our total liability under **Coverage Y — Guest Medical Protection** for all medical expenses payable for **bodily injury**, to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**
We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an **insured person**.

6. **Our Rights To Recover Payment — Coverage X — Family Liability Protection**
When we pay any loss, an **insured person's** right to recover from anyone else becomes ours up to the amount we have paid. An **insured person** must protect these rights and help us enforce them.

7. **Suit Against Us**
a) No suit or action can be brought against us unless there has been full compliance with all the terms of this policy.
b) No suit or action can be brought against us under **Coverage X — Family Liability Protection** until the obligation of an **insured person** to pay is finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person, and us.
c) No one shall have any right to make us a party to a suit to determine the liability of an **insured person**.

8. **Other Insurance — Coverage X — Family Liability Protection**
This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

9. **Limitation of Attorney's Fees**
Alaska Rules of Civil Procedure provide that some or all of the attorney fees of a person making a claim against you must be paid by you, if you are held liable.

In average cases, these fees are determined according to the following schedule under Rule 82 of the Alaska Rules of Civil Procedure:

EXHIBIT __A__
PG __44__ OF __50__

32

| ATTORNEY'S FEES IN AVERAGE CASES | | | |
|---|---|---|---|
| Judgment and, if awarded, Prejudgment Interest | Contested | Without Trial | Non-Contested |
| First $ 25,000 | 20% | 18% | 10% |
| Next $ 75,000 | 10% | 8% | 3% |
| Next $400,000 | 10% | 6% | 2% |
| Over $500,000 | 10% | 2% | 1% |

The court may, in specific cases, deviate from this schedule.

We will pay prevailing party's attorney's fees for which you are liable under Rule 82 of the of the Alaska Rules of Civil Procedure, subject to the following limitation:

We will not pay that portion of any prevailing party's attorney's fees awarded that are in excess of fees calculated by applying the schedule for contested cases in Rule 82(a)(1) of the Alaska Rules of Civil Procedure to the limit of liability of the applicable coverage.

This limitation means that the potential costs which may be awarded against you as attorney fees may not be fully covered. You would be responsible for paying any attorney fees not covered.

For example, the attorney fees provided by the schedule in Civil Rule 82 (a) (1) for contested cases is:

20% of the first $25,000 of a judgment or claim settlement.

10% of the amounts over $25,000 of a judgment or claim settlement.

If, in a contested case, a court enters an award against you in the amount of $125,000, in addition to that amount you would be liable under Rule 82 (a) (1), for attorney fees of $15,000 calculated as follows:

20% of $ 25,000..............................$ 5,000
10% of $100,000..............................$10,000

Total Award $125,000
Total Attorney Fees $15,000

If you have policy limits of $100,000, we would pay $100,000 of the $125,000 award, and $12,500 of the Rule 82 (a) (1) attorney fees, calculated as follows:

20% of $ 25,000..............................$ 5,000
10% of $ 75,000..............................$ 7,500

Total Limit of Liability $100,000
Total Attorney Fees Covered $12,500

You would be liable to pay, directly and without our assistance, the remaining $25,000 in liability, plus the remaining $2,500 in attorney fees not covered by this policy.

Any payment made for the covered amount of awarded prevailing party's attorney's fees will be in addition to our limit of liability for this coverage.

EXHIBIT _A_
PG _45_ OF _50_

33

ction III — Optional Protection

*tional Coverages You May Buy*
e following Optional Coverages may supplement
verages found in Section I or Section II and
ply only when they are indicated on the Policy
clarations. The provisions of this policy apply to
ch Optional Coverage in this section unless
dified by the terms of the specific Optional
verage.

**Coverage BP**
**Increased Coverage On Business Property**
The $1,000 limitation on business property located on the residence premises, under Coverage C — Personal Property Protection, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the residence premises.

**Coverage DP**
**Increased Coverage On Electronic Data Processing Equipment**
The $5,000 limitation on electronic data processing equipment under Coverage C — Personal Property Protection, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

**Coverage F**
**Fire Department Charges**
The $500 limit applying to the fire department service charges under Additional Protection is increased to the amount shown on the Policy Declarations.

**Coverage G**
**Loss Assessments**
If your residence premises includes a building structure which is constructed in common with one or more similar buildings, and you are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the insured premises means the building structure occupied exclusively by your household as a private residence, including the grounds, related structures and private approaches to them.

We will pay your share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:
a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss we cover under Section I of this policy; or
b) bodily injury or property damage covered under Section II of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

Allstate will pay only when the assessment levied against the insured person, as a result of any one loss, for bodily injury or property damage exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to Section I of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to Sections I and II of this policy and the Section I and II Conditions, except as otherwise noted.

34

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
   **Extended Coverage On Jewelry, Watches and Furs**
   Coverage C — Personal Property Protection is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:
   a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
   b) furs, including any item containing fur which represents its principal value.

   The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to Coverage C — Personal Property Protection. However, in no event will coverage be less than would have applied in the absence of Coverage J.

   We do not cover loss caused by or consisting of:
   a) intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
      1) may be reasonably expected to result from such acts; or
      2) is the intended result of such acts;
   b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
   c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

   We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
   d) war or warlike acts, including, but not limited to: insurrection, rebellion or revolution.
   e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss we cover.

   Any deductible shown on the Policy Declarations applicable to Coverage C — Personal Property Protection, also applies to a loss under this coverage.

6. **Coverage K**
   **Incidental Office, Private School Or Studio**
   a) The $200 and $1,000 limits applying to property used or intended for use in a business under Coverage C — Personal Property Protection do not apply to equipment, supplies and furnishings used in a described office, private school or studio at your **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

   The Coverage K limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies to property while away from the **residence premises**. These limits are not in addition to Coverage C — Personal Property Protection, **Limitations On Certain Personal**

[right column cut off]
Prope
use in
does n
or deli

b) Co
   Pr
   M
   co
   st
   Th
   sh

We do
a) an
   en
b) an
   pu
   di

7. Cove
   Lock
   Cove
   exten
   incur
   at the
   cylind
   provid
   of a co
   under
   loss is

8. Cove
   Incre
   The $
   notes
   unde
   Prot
   on th

35

Property on property used or intended for use in a business. The increased coverage does not include property held for sample, sale or delivery after sale.

b) Coverage X — Family Liability Protection and Coverage Y — Guest Medical Protection are extended to cover a described office, private school or studio occupied by an insured person. The occupancy of the described property shall not be considered a business.

We do not cover bodily injury to:
a) any employee other than a residence employee; or
b) any person arising out of corporal punishment administered by or at the direction of an insured person.

7. Coverage LR
Lock Replacement
Coverage A — Dwelling Protection is extended to include reasonable expenses you incur to replace or re-key exterior door locks at the residence premises with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

8. Coverage M
Increased Coverage On Money
The $200 limitation on money, bullion, bank notes, coins and other numismatic property under Coverage C — Personal Property Protection is increased to the amount shown on the Policy Declarations.

9. Coverage P
Business Pursuits
Coverage X — Family Liability Protection and Coverage Y — Guest Medical Protection are extended to cover specified business pursuits of an insured person.

We do not cover:
a) bodily injury or property damage arising out of the business pursuits of an insured person when the business is owned or financially controlled by the insured person. This also means a partnership or joint venture of which an insured person is a partner or member;
b) bodily injury or property damage arising out of the rendering or failure to render a professional service of any nature, other than teaching;
c) bodily injury to a fellow employee of an insured person arising out of and in the course of employment;
d) bodily injury or property damage when an insured person is a member of a teaching staff or faculty of any school or college and the bodily injury or property damage arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an insured person or used for the purpose of instruction; or
e) bodily injury to any person arising out of corporal punishment administered by or at the direction of an insured person when an insured person is a member of the teaching staff or faculty of any school of instruction.

EXHIBIT __A__
PG __48__ OF __50__

36

10. **Coverage S**
    **Increased Coverage On Securities**
    The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C — Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

11. **Coverage SD**
    **Satellite Dish Antennas**
    **Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your residence premises**, subject to the provisions of **Coverage C — Personal Property Protection**.

    The amount of coverage is shown on the Policy Declarations.

12. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C — Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

    The amount of coverage is shown on the Policy Declarations.

13. **Coverage ST**
    **Increased Coverage On Theft of Silverware**
    The $2,500 limitation on theft of silverware pewterware and goldware under **Coverage — Personal Property Protection** is increased to the amount shown on the Polic Declarations.

EXHIBIT _A_
PG _42_ OF _50_

37

IN WITNESS WHEREOF, ALLSTATE has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of ALLSTATE.

Secretary

President,
Allstate Personal Property & Casualty

EXHIBIT __A__
PG __50__ OF __50__