IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT FAIRBANKS

STATE OF ALASKA, )
    Plaintiff, )
)
vs. ) JUDGMENT
)
CLAY J. KRISTIANSEN, )
    Defendant. )
)
DOB: 02/26/63 )
DOV: 10/15-10/31 2003 )
  ID : 59643330 )
ATN: 108270324 )
)

Case No: 4FA-S04-1690 Cr.

Offenses charged:

| Count | Offense | Statute |
|---|---|---|
| I | Kidnapping | AS 11.41.300(a)(1)(C) |
| II | Assault II | AS 11.41.210(a)(1) |
| III | Assault III | AS 11.41.220(a)(1) |
| IV | Assault III | AS 11.41.220(a)(1)(B) |

The defendant came before the court on September 17, 2004, with counsel and, pursuant to a no contest plea, was convicted of Count IV named above. Defendant was sentenced based on the agreement of the parties and pursuant to Alaska Criminal Rule 11(e). Assault III as charged in Count IV is a "crime of domestic violence" as defined in AS 18.66.990(3).

Counts I, II and III named above are DISMISSED pursuant to Criminal Rule 43(a).

Any appearance bond in this case is exonerated.

SENTENCE

JAIL: <u>3 years</u> with <u>1 year</u> suspended.

The sentence is presumptive.

SURCHARGE: Defendant shall pay the statutorily mandated surcharge in the amount of $<u>100.00</u> within 10 days.

DIRECT COURT ORDERS:

DNA IDENTIFICATION: The defendant is ordered to provide samples for the DNA Registration System when requested to do so by a health care professional acting on behalf of the state. AS 12.55.015(h).

Comply with alternatives to violence counseling while incarcerated if such a program is available.

EXHIBIT____B____
PG____1____ OF __3__

State vs Kristiansen
4FA-S04-1690 Cr.                                                                                                Page 3 of 3

---

### General Conditions of Probation

1. Report to the Department of Corrections Probation Office on the next business day following the date of sentencing.

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment, residence, or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify your probation officer of the Department of Corrections as soon as possible.

4. Report in person between the 1st day and the 10th day of each month, or as otherwise directed, to your assigned officer of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all law enforcement contact the following working day after the contact to the probation officer.

11. Provide a release of evaluations and information to allow DOC to monitor participation in all counseling. Provide copies of progress reports and discharge summaries.

   You are advised that according to law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a Probation Officer with or without a warrant if he has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your Probation Officer aware of your adherence to all Conditions of Probation set forth above.

I certify that a copy of the foregoing was
distributed via:
*MAIL:*
[✓] DEFT  [✓] DPS  [ ] DMV  [ ] Other_____
*HAND DELIVERY (Pick Up Bin):*
[✓] DA    [ ] CA   [✓] PD   [✓] DOC
[✓] FCC   [ ] AST  [ ] FPD  [ ] FASAP
[ ] ABC   [ ] LEAP [✓] NEWS
[ ] AG COLLECTIONS [ ] CAL
[ ] EXHIBIT CLERK  [ ] MISC_____
*COURIER SERVICE:*
[ ] OPA   [ ] Other_____

*FAX:*_____

Clerk: _SH_   Date: _10-12-04_

EXHIBIT ___B___
PG ___2___ OF _3_

State vs Kristiansen
4FA-S04-1690 Cr.                                                                                          Page 2 of 3

---

PROBATION: Defendant is placed on probation for <u>two years</u>, subject to the following conditions:

      1. Comply with attached general conditions of probation.
      2. Comply with all direct court orders set out above.
      3. Do not have any contact with the victim.

<u>September 17, 2004</u>
Effective Date
Clk: amm

Charles R. Pengilly
Superior Court Judge
Date Signed 10-4-04



**STATE OF ALASKA**
**FOURTH JUDICIAL DISTRICT**

I the undersigned, certify that this is a true and full copy of an original document on file in the Trial Courts Fourth Judicial District, State of Alaska
Witness my hand and the seal of the court this 31st of January, 2002 at Fairbanks, Alaska
Ruth Meier  By _____ Deputy

EXHIBIT __B__
PG __3__ OF __3__