Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
      Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-CV-____-____ |
| | ) | |
| v. | ) | |
| | ) | |
| CLAY KRISTIANSEN, and | ) | |
| LORI MORGAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CORPORATE DISCLOSURE STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff

Allstate Insurance Company makes the following disclosure regarding

its corporate identity.

        Allstate Insurance Company is a wholly owned subsidiary of The

Allstate Corporation, which is a Delaware corporation.  The stock

of the Allstate Corporation is publicly traded.  No publicly held

entity owns 10 percent or more of the stock of the Allstate

Corporation.

DATED this 7th day of April, 2006, at Anchorage, Alaska.

By:  s/Jean E. Kizer

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  jek@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 8706030]

N:\AKB\854\487\PLDG\CORPORATE.DISCLOSURE.doc