Clay J. Kristiansen
Name

Prison Number (if applicable)

Place of Confinement (if applicable)

6 Blanche Ave., Fairbanks, Alaska, 99701
Address
(907) 456-6521
Telephone

RECEIVED
MAY 09 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Allstate Insurance Company

          Plaintiff,

vs.

Clay Kristiansen, and
Lori Morgan              ,

          Defendant(s).

Case No. 3:06 - CV - 79 - TMB

**M O T I O N**

to/for  Extension

     I, Clay Kristiansen                , proceeding without a lawyer,

move to/for  extension of time to file an answer

under the following statute(s)/rule(s) (if known) _____

for the following reason(s):  to seek counsel for advice as I
am I not capable of representing ~~yourself~~ myself.

PS 12

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I, _Clay Kristiansen_ , declare under penalty of perjury, that I have reviewed

the above motion, and that the information contained in this motion is true and correct.

DATED this __5__ day of __May__ , 200**6** at __Fairbanks__ , Alaska.

_Clay Kristiansen_
Signature

I certify that a copy of the above motion was mailed, by first class U.S. Mail, to

_JeanKizer_ at _500 L st., Suite 200 Anch. AK. 99501_ on
(Opposing party or counsel)                                (Address)

_5/5/06_ .
(Date of mailing)

_Clay Kristiansen_
Signature

PS 12                                2                          **MOTION**