IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALLSTATE INSURANCE CO., Plaintiff, v. CLAY KRISTIANSEN, Defendant. | Case No. 3:06-79   TMB<br><br>O R D E R |
|---|---|

      Defendant Clay Kristiansen has moved this Court for an extension of time in which to file an Answer to the Complaint, indicating that he is attempting to find counsel to assist him. Docket 5.

      There being no Opposition, it is hereby ordered that Defendant shall have until July 5, 2006, to file an Answer to the Complaint. The clerk is directed to send Mr. Kristiansen a copy of the Pro Se Handbook.

      Dated at Anchorage, Alaska, this 5th day of June, 2006.

                                                 /s/ Timothy Burgess
                                                 Timothy M. Burgess
                                                 United States District Judge