Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
    Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CLAY KRISTIANSEN, and | ) |
| LORI MORGAN, | ) |
| | ) Case No. 3:06-CV-79-TMB |
| Defendants. | ) |
| | ) |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT
ON DEFENDANT KRISTIANSEN**

This affidavit is made pursuant to Rule 4(l).

Jean Kizer, being duly sworn upon oath, states as follows:

1. I am a lawyer in the law firm of Bliss, Wilkens & Clayton and have primary responsibility for this case.

2. On April 14, 2006, I caused to have served true and correct copies of the summons and complaint in this action, by

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

certified mail (Receipt No. 70022410000334774152) on Defendant Clay Kristiansen.

3. We received by return mail the certified green card dated April 18, 2006 and signed by Clay Kristiansen. A copy is attached as Exhibit A.

4. Mr. Kristiansen filed with the Court a motion for extension to answer the complaint on May 9, 2006.

DATED this 19th day of June, 2006, at Anchorage, Alaska.

By: _____
Jean E. Kizer

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail: jek@bwclawyers.com
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 8706030]

SUBSCRIBED AND SWORN TO before me this 19th day of June, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 9-16-06

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Affidavit of Service
Page 2 of 2

*Allstate v. Kristiansen, et al.*
3:06-CV-79-TMB

CERTIFICATE OF SERVICE

I certify that on June  19 , 2006, a
copy of the foregoing document was served
by mail on:

Clay J. Kristiansen
6 Blanche Avenue
Fairbanks, AK    99701

*[signature]*

N:\AKB\854\487\PLDG\Notice.Service.doc

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

Affidavit of Service
Page 3 of 3

*Allstate v. Kristiansen, et al.*
3:06-CV-79-TMB