| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Clay Kristiansen*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Clay Kristiansen<br>#6 Blanche Avenue<br>Fairbanks, AK  99701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☒ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 2410 0003 3477 4152 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FAIRBANKS AK  PM  18 APR

• Sender: Please print your name, address, and ZIP+4 in this box •

Bliss, Wilkens & Clayton
an association of LLCs
500 L Street, Ste. 200
Anchorage, AK 99501

854-487/S&C

C035

EXHIBIT ____A____
PG ____1____ OF ____1____