Allstate Insurance Company

v.

Clay Kristiansen

7/7/06

Case No. 3:06-CV-79-TMB

In response to case No 3:06-CV-79-TMB, a complaint for declaratory relief from Jean Kizer, Bliss, Wilkens, and Clayton, attorneys for Allstate Insurance Company.

My response is though I plea-bargained a deal with the state, I still maintain denial of the allegations that this incident happened because of me or did it happen at my mothers residence.

**RECEIVED**

JUL 0 7 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Sincerely, Clay Kristiansen

Certificate of service.
mailed to c/o Al Clayton
500 L St, Suite 200,
Anchorage, Alaska, 99501