```
Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
     Allstate Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-CV-79-TMB |
| | ) | |
| v. | ) | |
| | ) | |
| CLAY KRISTIANSEN, and | ) | |
| LORI MORGAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF SERVICE OF SUMMONS AND COMPLAINT
ON DEFENDANT MORGAN**

This notice is made pursuant to Federal Rule of Civil Procedure 4(l).  Attached as Exhibit A is the Return of Service from North Country Process, Inc., which certifies that service of the Summons, Complaint and Corporate Disclosure Statement was accomplished on Lori Morgan on June 28, 2006.

DATED this 11th day of July, 2006, at Anchorage, Alaska.

<u>s/ Jean E. Kizer</u>
BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  jek@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 8706030]

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 11, 2006, a copy of the foregoing Notice of Service was served by mail on:

Clay Kristiansen
6 Blanche Avenue
Fairbanks, AK   99701

Lori Morgan
720 10th Avenue
Fairbanks, AK 99701

<u>s/Jean E. Kizer</u>

**N:\AKB\854\487\MPTOCE SERVOCE LORI MORGAN.doc**