# RETURN OF SERVICE

Case Number:   3:06-CV-00079-TMB

ALLSTATE INSURANCE COMPANY
    Plaintiff(s),

vs.

CLAY KRISTIANSEN & LORI MORGAN
    Defendant(s).
_____)

    I certify that on 6/28/2006, at 3:40 PM, I served the following documents:

SUMMONS, CORPORATE DISCLOSURE STATEMENT, COMPLAINT FOR DECLARATORY, EXHIBITS

upon the therein named LORI MORGAN at 720 10TH AVE., FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with LORI MORGAN`.

*Jeanne Mireles*
JEANNE MIRELES
Civilian Process Server

SUBSCRIBED AND SWORN to before me this  July 03, 2006

*Marcia Boutang*
Notary Public in and for the State of Alaska
My Commission Expires:   4/9/2007

| | |
|---|---|
| Client: | BLISS, WILKENS & CLAYTON |
| Client Contact: | ARLYS |
| File Number: | 854-487 |

Service Fee:   $35.00
Mileage Fee:   $15.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

TOTAL:   $50.00

NCPI@alaska.net

Return No.:   53105

EXHIBIT **A**
PG **1** OF **1**