```
Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
     Allstate Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>          Plaintiff,  )<br>)<br>     v.                    )<br>)<br>CLAY KRISTIANSEN, and       )<br>LORI MORGAN,                )<br>)<br>          Defendants.  )<br>_____) | Case No. 3:06-CV-79-TMB |

**PROPOSED ORDER: ENTRY OF DEFAULT**

Plaintiff Allstate Insurance Company has requested default be entered against Defendant Lori Morgan because Defendant has failed to answer, plead in or otherwise defend this action.

IT IS ORDERED that default is entered against Defendant Lori Morgan.

DATED:                          _____
                                Clerk

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006
a copy of the foregoing Entry of Default was
served by mail on:

Clay Kristiansen
6 Blanche Avenue
Fairbanks, AK    99701

Lori Morgan
720 10th Avenue
Fairbanks, AK 99701


s/Jean E. Kizer



N:\ASM\854\487\PLDG\DEFAULT.ENTRY.doc