```
Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
     Allstate Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLAY KRISTIANSEN, and ) <br> LORI MORGAN, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:06-CV-79-TMB |

**APPLICATION FOR ENTRY OF DEFAULT**

TO: CLERK OF COURT

Pursuant to Fed. R. Civ. P. 55 and D. Ak. LR 55.1, Plaintiff Allstate Insurance Company requests you to enter the default of Defendant Lori Morgan, for failure to answer, plead in or otherwise defend this action as stated in the attached affidavit.

DATED this 7th day of August, 2006, at Anchorage, Alaska.

By: s/Jean E. Kizer

BLISS, WILKENS & CLAYTON
Lawyers for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200

Anchorage, AK   99501
E-mail:  jek@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
[ABA No. 8706030]

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006,
a copy of the foregoing Application for Entry
of Default was served by mail on:

Clay Kristiansen
6 Blanche Avenue
Fairbanks, AK   99701

Lori Morgan
720 10th Avenue
Fairbanks, AK 99701


s/Jean E. Kizer


N:\ASM\854\487\PLDG\DEFAULT.APP.doc