```
Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com
```

Attorneys for Plaintiff
    Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>               Plaintiff, )<br>)<br>  v.                            )<br>)<br>CLAY KRISTIANSEN, and    )<br>LORI MORGAN,               )<br>)<br>              Defendants. )<br>_____) | Case No. 3:06-CV-79-TMB |

**AFFIDAVIT OF JEAN E. KIZER**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

    Jean E. Kizer, being first duly sworn, deposes and states as follows:

    1.  I am a lawyer with the law firm of Bliss, Wilkens & Clayton, attorneys of record for Plaintiff Allstate Insurance Company ("Allstate") in the above-captioned matter.

    2.  An examination of court files and records shows: the Summons, Complaint for Declaratory Judgment and Corporate Disclosure Statement were served upon Defendant Lori Morgan on June

28, 2006, by North Country Process, Inc.  See Notice of Service, filed July 11, 2006.

    3.    The time in which Defendant Morgan could answer, plead in or otherwise defend this action has expired without action by Defendant.

    4.    Defendant Morgan is not an infant, incompetent or in the service of the United States military.

```
                                    _____
                                    Jean E. Kizer
                                    BLISS, WILKENS & CLAYTON
                                    Lawyers for Plaintiff
                                    Allstate Insurance Company
                                    500 L Street, Suite 200
                                    Anchorage, AK   99501
                                    E-mail: jek@bwclawyers.com
                                    Phone: (907) 276-2999
                                    Fax:   (907) 276-2956
                                    [ABA No. 8706030]
```

SUBSCRIBED AND SWORN TO before me this 7th day of August, 2006, at Anchorage, Alaska.

```
                                    _____
                                    Notary Public in and for Alaska
                                    My commission expires:_____
```

CERTIFICATE OF SERVICE
I hereby certify that on August 7, 2006
a copy of the foregoing Affidavit of
Jean E. Kizer was served by mail on:

Clay Kristiansen
6 Blanche Avenue
Fairbanks, AK   99701

Lori Morgan
720 10th Avenue
Fairbanks, AK 99701

s/Jean E. Kizer

N:\ASM\854\487\PLDG\DEFAULT.AFF.JEK.doc