3:06-cv-79 TMB
Allstate v. Kristiansen

INDEX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT

A - Allstate homeowner's policy
B - Lori Morgan grand jury testimony, State v. Kristiansen, No. 4FA-S04-1690 CR
C - Order Requiring Production of Grand Jury Testimony
D - Lori Morgan deposition testimony (excerpts)
E - State's 404(b) Application to Admit Evidence, State v. Kristiansen, No. 4FA-S04-1690 CR
F - Indictment, State v. Kristiansen, No. 4FA-S04-1690 CR
G - Judgment, State v. Kristiansen, No. 4FA-S04-1690 CR
H - Court log notes, State v. Kristiansen, No. 4FA-S04-1690 CR
I - Complaint, Morgan v. Ezell, No. 4FA-05-1876 CI
J - Amended Complaint, Morgan v. Ezell, No. 4FA-05-1876 CI
K - Virginia Ezell deposition testimony (excerpts)
L - Answer to Amended Complaint and Third-Party Complaint, Morgan v. Ezell, No. 4FA-05-1876 CI
M - Allstate reservation of rights letter to Clay Kristiansen
N - Preliminary Order and Judgment, Allstate Ins. Co. v. Charles, No. A01-0059 CV (JWS) (D. Alaska 2001)
O - Order, Allstate Ins. Co. v. Fratis, No. A01-0251 CV (JKS) (D. Alaska Dec. 21, 2001)
P - Order, Allstate Ins. Co. v. Fratis, No. A01-0251 CV (JKS) (D. Alaska May 23, 2002)
Q - Order, Coffey v. Allstate Ins. Co., No. A00-0061 CV (JKS) (D. Alaska Oct. 30, 2000)
R - Court log notes, State v. Kristiansen, No. 4FA-S04-1690 CR

N:\ASM\854\487\PLDG\Index.SJ.exhibits.doc