National Support Center
**Allstate Insurance Company**
1819 Electric Road
Roanoke, VA 24018-1618



Claim# 332 3265664

To Whom It May Concern:

I, Angie Holshouser, employee of Allstate Insurance Company, Roanoke, Virginia, do certify that the enclosed is a copy of Policy Number 064 567836, in the name of Virginia Ezell, showing the coverages that were on the policy at the time of loss of 10-15-03.

_Angie Holshouser_
Claim Support

State of Virginia, County of Roanoke

On this 13th day of March, 2006, before me personally appeared Angie Holshouser to me known to be the person who executed the foregoing instrument and acknowledged that she executed the same as a free act and deed.

_Darlene Pooley_
Notary Public

DARLENE K. POOLEY
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires May 31, 2009

EXHIBIT A
PG 1 OF 50

*David Mongold Agcy*
*230 Old Steese Hwy*
*Fairbanks AK 99701*

**Your Quick Insurance Check**
✓ Verify the information listed in the Policy Declarations.
✓ Please call if you have any questions.
✓ File this package safely away.
✓ If premium is due or if it has changed, a bill or refund will be mailed separately.

Virginia Ezell
6 Blanche
Fairbanks AK 99701-1705

**Policy Change Notice**

Changes have been made to reflect new or corrected information affecting your policy. We want your policy information and your coverage to be up-to-date and accurate.

The changes took effect on August 20, 2003. The accompanying Amended Policy Declarations includes these changes:

Protective Device(s) have been changed.
A discount has been changed on your policy.
An Occupant has been changed.

Your premium for this current period has been decreased by a total of $35.00

The coverages and limits you carry on your policy are listed in detail on the enclosed Policy Declarations. By comparing this Policy Declarations with the most recent Policy Declarations mailed to you, you can see any changes in detail.

If you have any questions or concerns, please contact your agent at (907) 452-4260.

Thanks again—it's a pleasure serving you.

*Customer Service Department*
Customer Service Department

PROP *01000510307125300090030I*

Information as of July 11, 2003

EP1

EXHIBIT __A__
PG __2__ OF __50__

**Allstate Insurance Company**

# AMENDED
# Deluxe Homeowners Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Virginia Ezell<br>6 Blanche<br>Fairbanks AK 99701-1705 | David Mongold Agcy<br>230 Old Steese Hwy<br>Fairbanks AK 99701 | (907) 452-4260 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 0 64 567836 08/20 | Begins on Aug. 20, 2003<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Aug. 20, 2003 to Aug. 20, 2004<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
6 Blanche, Fairbanks, AK 99701-1705

## Total Premium for the Premium Period   (Your bill will be mailed separately)

| Premium for Property Insured | $413.00 |
|---|---|
| **TOTAL** | **$413.00** |

*Your policy change(s) are effective as of Aug. 20, 2003*

---

PROP *010005103071253000900302*

Information as of
July 11, 2003

Page 1
AK070AMD

EXHIBIT ___A___
PG ___3___ OF ___50___

# Allstate Insurance Company

Policy Number: **0 64 567836 08/20**     Your Agent: **David Mongold Agcy (907) 452-4260**
For Premium Period Beginning: **Aug. 20, 2003**

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - w/out Building Structure Reimbursement Extended Limits<br>• $500   All Peril Deductible Applies | $85,423 | |
| Other Structures Protection<br>• $500   All Peril Deductible Applies | $8,542 | |
| Personal Property Protection - Actual Cash Value<br>• $500   All Peril Deductible Applies | $42,712 | |
| Additional Living Expense | See Your Policy | |
| Family Liability Protection | $200,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| 55 and Retired | 10 % | Claim Free | 15 % |
| Home and Auto | 15 % | Age of Home | 5 % |

**RATING INFORMATION**
The dwelling is of Frame construction and is occupied by  1 family

EXHIBIT  A
PG   4   OF  50

# Allstate Insurance Company

Policy Number: 0 64 567836 08/20   Your Agent: David Mongold Agcy (907) 452-4260
For Premium Period Beginning: Aug. 20, 2003

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP408
- Alaska Amendatory Endorsement form AP1233
- Alaska Amendatory Endorsement form AP837-1
- Alaska Amendatory Endorsement form AP813-1

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *010005103071253000900303*

Information as of July 11, 2003

Page 3
AK070AMD

EXHIBIT A
PG 5 OF 50

## Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

### Alaska Amendatory Endorsement — AP813-1

It is agreed that your Policy is revised as follows:

Under **Section II — Conditions**, the provision titled **Limitation Of Attorney's Fees**, is replaced by the following:

> THIS POLICY LIMITS COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82
>
> In any suit in Alaska in which **we** have a right or duty to defend an insured in addition to the limits of liability, **our** obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:
>
> Alaska Rule of Civil Procedure 82 provides that if **you** are held liable, some or all of the attorney fees of the person making a claim against **you** must be paid by **you**. The amount that must be paid by **you** is determined by Alaska Rule of Civil Procedure 82. **We** provide coverage for attorney fees for which **you** are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:
>
>> *We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.*
>
> *This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorney fees not covered directly.*
>
> For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:
>
> 20% of the first $25,000 of a judgment;
>
> 10% of the amounts over $25,000 of a judgment.

Page 1

EXHIBIT __A__
PG __6__ OF __50__

Therefore, if a court awards a judgment against **you** in the amount of $125,000, in addition to that amount **you** would be liable under Alaska Rule of Civil Procedure 82 (b)(1) for attorney fees of $15,000, calculated as follows:

|  |  |
|---|---|
| 20% of $25,000 | $ 5,000 |
| 10% of $100,000 | $10,000 |
| **Total Award**   $125,000   **Total Attorney Fees** | $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

|  |  |
|---|---|
| 20% of $25,000 | $ 5,000 |
| 10% of $75,000 | $ 7,500 |
| **Total Limit of Liability**   $100,000   **Total Attorney Fees Covered** | $12,500 |

**You** would be liable to pay, directly and without **our** assistance, the remaining $25,000 in liability, plus the remaining $2,500 in attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

All other policy terms and conditions apply.

Page 2

EXHIBIT _A_
PG _7_ OF _50_

## Policy Endorsement
*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

### Alaska Amendatory Endorsement — AP837-1

It is agreed that your policy is amended as follows:

In **Section I — Your Property, Additional Protection**, item 11. **Collapse** is replaced by the following:

11. **Collapse**
    We will cover:
    a) the entire or partial collapse of a covered **building structure**; and
    b) direct physical loss to covered property caused by the entire or partial collapse of a **building structure**.

    For coverage to apply, the collapse of a **building structure** specified in a) or b) above must be sudden and accidental direct physical loss caused by one or more of the following:

    a) a loss **we** cover under **Section I, Coverage C — Personal Property Protection**;
    b) hidden decay of the **building structure**;
    c) hidden damage to the **building structure** caused by insects or vermin;
    d) weight of persons, animals, equipment or contents;
    e) weight of rain or snow which collects on a roof;
    f) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

    Collapse as referenced herein means actually falling down or falling into pieces. It does not include settling, cracking, shrinking, bulging, expansion, sagging, or bowing. Furthermore, collapse does not mean substantial structural impairment or imminent collapse.

    Sudden, as used herein, means not only unexpected, but also instantaneous.

    This protection does not change the limit of liability that applies to the covered property.

All other policy terms and conditions apply.

EXHIBIT _A_
PG _8_ OF _50_

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

This Endorsement Changes Your Policy —Keep It With Your Policy

### Alaska Amendatory Endorsement
### Deluxe Homeowners Policy, Deluxe Plus Homeowners Policy – AP1233

I. It is agreed that the following provision is added to the **General** provisions:

   **Conditional Reinstatement**
   If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

II. In **Section I – Your Property, Coverage B – Other Structures Protection**, the following is added as item 23. under **Losses We Do Not Cover Under Coverages A and B**:

   23. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or land at the **residence premises,** except as specifically provided in **Section I, Additional Protection** under **Building Codes**.

   **We** do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

III. In **Section I – Your Property, Coverage C – Personal Property Protection,** the following is added as item 15. under **Losses We Do Not Cover Under Coverage C**:

   15. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure**, or other structure at the **residence premises,** except as specifically provided in **Section I, Additional Protection** under **Building Codes**.

   **We** do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

III. In **Section I – Your Property, Additional Protection,** the following is added:

Page 1

EXHIBIT __A__
PG __9__ OF __50__

**Building Codes**
**We** will pay up to 10% of the amount of insurance shown on the Policy Declarations under **Coverage A – Dwelling Protection** to comply with applicable laws regulating the construction, use, or repair of any property or requiring the tearing down of any property after a covered loss to covered **building structures** and when repair or replacement results in increased cost due to the enforcement of these laws.

The amount of insurance provided by this endorsement is a separate limit of liability, and is the maximum **we** will pay for any one loss. Coverage only applies to that portion of the dwelling that was damaged due to a covered loss.

IV.  In **Section I - Conditions,** under 5. **How We Pay For A Loss,** the following is added as the last paragraph of c) **Building Structure Reimbursement**:

Payment under "a", "b", "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures except as provided under **Section I, Additional Protection - Building Codes.**

All other policy terms and conditions apply.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy —Keep It With Your Policy*

## Alaska Amendatory Endorsement
## Deluxe Homeowners Policy, Deluxe Plus Homeowners Policy – AP1233

I.  It is agreed that the following provision is added to the **General** provisions:

   **Conditional Reinstatement**
   If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

II. In **Section I – Your Property, Coverage B – Other Structures Protection**, the following is added as item 23. under **Losses We Do Not Cover Under Coverages A and B**:

   23. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or land at the **residence premises,** except as specifically provided in **Section I, Additional Protection** under **Building Codes**.

   **We** do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

III. In **Section I – Your Property, Coverage C – Personal Property Protection**, the following is added as item 15. under **Losses We Do Not Cover Under Coverage C**:

   15. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure**, or other structure at the **residence premises,** except as specifically provided in **Section I, Additional Protection** under **Building Codes**.

   **We** do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

III. In **Section I – Your Property, Additional Protection**, the following is added:

Page 1

**Building Codes**
**We** will pay up to 10% of the amount of insurance shown on the Policy Declarations under **Coverage A — Dwelling Protection** to comply with applicable laws regulating the construction, use, or repair of any property or requiring the tearing down of any property after a covered loss to covered **building structures** and when repair or replacement results in increased cost due to the enforcement of these laws.

The amount of insurance provided by this endorsement is a separate limit of liability, and is the maximum **we** will pay for any one loss. Coverage only applies to that portion of the dwelling that was damaged due to a covered loss.

IV.  In **Section I - Conditions,** under 5. **How We Pay For A Loss,** the following is added as the last paragraph of c) **Building Structure Reimbursement:**

Payment under "a", "b", "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures except as provided under **Section I, Additional Protection - Building Codes.**

All other policy terms and conditions apply.

Page 2

EXHIBIT _A_
PG _12_ OF _50_