# Allstate Deluxe Homeowners Policy

---

*Alaska*

Allstate Insurance Company
Home Office: Northbrook, IL 60062
AP408

Allstate
You're in good hands.

Allstate
You're in good hands.

EXHIBIT _A_
PG _13_ OF _50_

Case 3:06-cv-00079-TMB    Document 25-4    Filed 03/21/2007    Page 2 of 12

*Table of Contents*                                                                                   1

### General

- 3  Definitions Used In This Policy
- 4  Insuring Agreement
- 5  Agreements We Make With You
- 5  Conformity To State Statutes
- 5  Coverage Changes
- 5  Policy Transfer
- 5  Continued Coverage After Your Death
- 5  Cancellation
- 6  Concealment Or Fraud

### Section I — Your Property

**Coverage A**
**Dwelling Protection**

- 7  Property We Cover Under Coverage A
- 7  Property We Do Not Cover Under Coverage A

**Coverage B**
**Other Structures Protection**

- 7  Property We Cover Under Coverage B
- 7  Property We Do Not Cover Under Coverage B
- 7  Losses We Cover Under Coverages A and B
- 7  Losses We Do Not Cover Under Coverages A And B

**Coverage C**
**Personal Property Protection**

- 10  Property We Cover Under Coverage C
- 10  Limitations On Certain Personal Property
- 12  Property We Do Not Cover Under Coverage C
- 12  Losses We Cover Under Coverage C
- 14  Losses We Do Not Cover Under Coverage C

### Additional Protection

- 15  Additional Living Expense
- 16  Credit Card, Bank Fund Transfer Card, Check Forgery And Counterfeit Money
- 16  Debris Removal
- 16  Emergency Removal Of Property
- 17  Fire Department Charges
- 17  Temporary Repairs After A Loss
- 17  Trees, Shrubs, Plants And Lawns
- 17  Temperature Change
- 17  Power Interruption
- 17  Arson Reward
- 18  Collapse
- 18  Land

### Section I — Conditions

- 19  Deductible
- 19  Insurable Interest And Our Liability
- 19  What You Must Do After A Loss
- 20  Our Settlement Options
- 20  How We Pay For A Loss
- 22  Our Settlement Of Loss
- 22  Appraisal
- 22  Abandoned Property
- 22  Permission Granted To You
- 23  Our Rights To Recover Payment
- 23  Our Rights To Obtain Salvage
- 23  Suit Against Us
- 23  Loss To A Pair Or Set
- 23  Glass Replacement
- 23  No Benefit To Bailee
- 23  Other Insurance

EXHIBIT _____A_____
PG __14__ OF _50_

2

*Table of Contents (Continued)*

23 Property Insurance Adjustment
24 Mortgagee

*Section II — Family Liability and Guest Medical Protection*

*Coverage X*
*Family Liability Protection*

25 Losses We Cover Under Coverage X
25 Losses We Do Not Cover Under Coverage X

*Coverage Y*
*Guest Medical Protection*

27 Losses We Cover Under Coverage Y
27 Losses We Do Not Cover Under Coverage Y

*Additional Protection*

29 Claim Expenses
29 Emergency First Aid
29 Damage To Property Of Others

*Section II — Conditions*

30 What You Must Do After An Accidental Loss
30 What An Injured Person Must Do — Coverage Y — Guest Medical Protection
31 Our Payment Of Loss — Coverage Y Guest Medical Protection
31 Our Limits Of Liability
31 Bankruptcy
31 Our Rights To Recover Payment — Coverage X — Family Liability Protection
31 Suit Against Us

31 Other Insurance — Coverage X Family Liability Protection
31 Limitation Of Attorney's Fees

*Section III — Optional Protection*

*Optional Coverages You May Buy*

33 Coverage BP
   Increased Coverage On Business Property
33 Coverage DP
   Increased Coverage On Electronic Data Processing Equipment
33 Coverage F
   Fire Department Charges
33 Coverage G
   Loss Assessments
34 Coverage J
   Extended Coverage On Jewelry, Watches And Furs
34 Coverage K
   Incidental Office, Private School or Studio
35 Coverage LR
   Lock Replacement
35 Coverage M
   Increased Coverage On Money
35 Coverage P
   Business Pursuits
36 Coverage S
   Increased Coverage On Securities
36 Coverage SD
   Satellite Dish Antennas
36 Coverage SE
   Portable Cellular Communication Systems
36 Coverage ST
   Increased Coverage On Theft Of Silverware

EXHIBIT _A_
PG _15_ OF _50_

Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company — Home Office: Northbrook, Illinois 60062

*Definitions Used In This Policy*

1. "You" or "your" — means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. "Allstate," "we," "us," or "our" — means the company named on the Policy Declarations.

3. "Insured person(s)" — means you and, if a resident of your household:
   a) any relative; and
   b) any dependent person in your care.

   Under Coverage X — Family Liability Protection and Coverage Y — Guest Medical Protection, "insured person" also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. We do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an **insured person**.

4. "Bodily Injury" — means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under Coverage Y — Guest Medical Protection, **bodily injury** means physical harm to the body, including sickness or disease, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. "Building Structure" — means a structure with walls and a roof.

6. "Business" — means:
   a) any full or part-time activity of any kind engaged in for economic gain and the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**. However, the mutual exchange of home day care services is not considered a business;
   b) any property rented or held for rental by an **insured person**. Rental of your residence premises is not considered a business when:
      1) it is rented occasionally for residential purposes;

EXHIBIT ___A___
PG ___16___ OF ___50___

4

2) a portion is rented to not more than two roomers or boarders; or
3) a portion is rented as a private garage.

7. "**Residence premises**" — means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. "**Insured premises**" — means:
   a) the **residence premises**; and
   b) under Section II only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**;
      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;
      7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. "**Occurrence**" — means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

10. "**Property damage**" — means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "**Residence employee**" — means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

12. "**Dwelling**" — means a one, two, three or four family **building structure**, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

*Insuring Agreement*
In reliance on the information **you** have given **us**, Allstate agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or occurrences that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

EXHIBIT  _A_
PG  _17_  OF _50_

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

*Agreements We Make With You*
We make the following agreements with **you**:

*Conformity To State Statutes*
When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

*Coverage Changes*
When Allstate broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

*Policy Transfer*
**You** may not transfer this policy to another person without **our** written consent.

*Continued Coverage After Your Death*
If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.
2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

*Cancellation*
Your Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

Our Right to Cancel:
Allstate may cancel this policy by mailing notice to **you** at the last known address of the insured.

**We** may cancel this policy for one or more of the following reasons:
1) non-payment of premium;
2) an **insured person** has been convicted of a crime and one of the necessary elements of that crime was an act increasing any hazard **we** cover;

6

3) material misrepresentation or fraud made by an **insured person** or a representative of an **insured person** when the policy was obtained, or by an **insured person** when a claim was submitted;
4) grossly negligent acts or omissions by an **insured person** which have substantially changed or increased the hazards we originally agreed to insure; or
5) physical changes in the covered property which make the property uninsurable.

If the cancellation is for items (2) or (3) above, we will give **you** at least 10 days notice. If the cancellation is for non-payment of premium, we will give **you** at least 20 days notice. If the cancellation is for any other reason, we will give **you** at least 30 days notice.

When this policy has been in effect for less than 60 days, and it is not a renewal with us, we may cancel this policy for any reason. We will give **you** at least 30 days notice of the cancellation before the cancellation takes effect, unless the reason for cancellation is for items (2) or (3) above, in which case we will give **you** at least 10 days notice, or non-payment of premium, in which case we will give **you** at least 20 days.

Our mailing the notice of cancellation to **you** by first class mail and obtaining a certificate of mailing from the U.S. Postal Service, as specified under Alaska Statute AS 21.36.210 through AS 21.36.310, will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded or credited within 45 days of receipt of the request for cancellation or the effective date of cancellation, whichever is later. However, refund of unearned premium is not a condition of cancellation.

Our Right Not to Renew or Continue:
Allstate has the right not to renew or continue the policy beyond the current premium period. If we do not intend to continue or renew the policy, we will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing the notice of non-renewal to **you** by first class mail and obtaining a certificate of mailing from the U.S. Postal Service, as specified under Alaska Statute AS 21.36.210 through AS 21.36.310, will be deemed to be proof of notice.

*Concealment Or Fraud*
We will not cover any loss or **occurrence** of any **insured person** who has obtained this policy through fraud, misrepresentation or concealment of any material fact or circumstance.

EXHIBIT __A__
PG __19__ OF __50__

Section I — Your Property                                                                        7

Coverage A
Dwelling Protection

*Property We Cover Under Coverage A:*
1. Your dwelling including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the residence premises for use in connection with **your dwelling**.

3. Wall-to-wall carpeting fastened to **your dwelling**.

*Property We Do Not Cover Under Coverage A:*
1. Any structure including fences or other property covered under **Coverage B — Other Structures Protection**.

2. Land, except as specifically provided in Section I — Additional Protection under item 12, "Land."

3. Satellite dish antennas and their systems, whether or not attached to **your dwelling**.

Coverage B
Other Structures Protection

*Property We Cover Under Coverage B:*
1. Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2. Structures attached to **your dwelling** by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the residence premises for use in connection with structures other than **your dwelling**.

4. Wall-to-wall carpeting fastened to other **building structures**.

*Property We Do Not Cover Under Coverage B:*
1. Structures used in whole or in part for business purposes.

2. Any structure or other property covered under **Coverage A — Dwelling Protection**.

3. Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling**.

4. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

5. Satellite dish antennas and their systems, whether or not attached to **building structures**.

*Losses We Cover Under Coverages A and B:*
We will cover sudden and accidental direct physical loss to property described in **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection** except as limited or excluded in this policy.

*Losses We Do Not Cover Under Coverages A and B:*
We do not cover loss to the property described in **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection** consisting of or caused by:
1. Flood, including, but not limited to surface

EXHIBIT ___A___
PG ___20___ OF ___50___

8

water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. The failure by any **insured person** to take all reasonable steps to preserve property when the property is endangered by a cause of loss we cover.

7. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

8. Intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

9. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

10. War or warlike acts, including but not limited to, insurrection, rebellion or revolution.

11. Collapse, except as specifically provided in **Section I — Additional Protection** under item 11, "Collapse."

12. Soil conditions, including, but not limited to corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

13. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

EXHIBIT _____A_____
PG __21__ OF __50__

4. In addition, we do not cover loss consisting of or caused by any of the following:
   a) wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;
   b) mechanical breakdown;
   c) growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;
   d) rust or other corrosion, mold, wet or dry rot;
   e) contamination, including, but not limited to the presence of toxic, noxious or hazardous gasses, chemicals, liquids, solids or other substances at the **residence premises** or in the air, land or water serving the **residence premises**;
   f) smog, smoke from the manufacturing of any controlled substance, agricultural smudging and industrial operations;
   g) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;
   h) insects, rodents, birds or domestic animals. We do cover the breakage of glass or safety glazing materials caused by birds; or
   i) seizure by government authority.

   If any of (a) through (h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within **your dwelling**, we cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of **your dwelling** necessary to repair the system or appliance.

   This does not include damage to the defective system or appliance from which the water escaped.

15. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the **building structure** is vacant, unoccupied or being constructed unless you have used reasonable care to:
    a) maintain heat in the **building structure**; or
    b) shut off the water supply and drain the system and appliances.

16. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

17. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:
    a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or
    b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

18. Theft from **your residence premises** while **your dwelling** is under construction, or of materials and supplies for use in construction, until **your dwelling** is completed and occupied.

EXHIBIT _A_
PG _22_ OF _50_

10

19. Vandalism or Malicious Mischief if **your dwelling** is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A dwelling under construction is not considered vacant or unoccupied.

20. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

21. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the **residence premises** by any person or organization.

22. We do not cover loss to covered property described in **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection** when:
    a) there are two or more causes of loss to the covered property; and
    b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 21 above.

*Coverage C*
*Personal Property Protection*

*Property We Cover Under Coverage C:*
1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C — Personal Property Protection**. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At your option, personal property owned by a guest or **residence employee** while the property is in a residence you are occupying.

*Limitations On Certain Personal Property:*
Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C — Personal Property Protection**. The total amount of coverage for each group in any one loss is as follows:

1. $ 200 — Money, bullion, bank notes, coins and other numismatic property.

2. $ 200 — Property used or intended for use in a business while the property is away from the **residence premises**. This does not include electronic data processing

EXHIBIT __A__
PG __23__ OF __50__

          equipment or the recording or storage media used with that equipment.

3. $ 1,000 – Property used or intended for use in a business, including property held as samples or for sale or delivery after sale, while the property is on the residence premises. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $ 1,000 – Trading cards, subject to a maximum amount of $250 per card.

5. $ 1,000 – Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $ 1,000 – Manuscripts, including documents stored on electronic media.

7. $ 1,000 – Watercraft, including their attached or unattached trailers, furnishings, equipment, parts and motors.

8. $ 1,000 – Trailers not used with watercraft.

9. $ 1,000 – Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

10. $ 1,000 – Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $ 2,000 – Theft of firearms. This includes but is not limited to: guns, scopes, holsters, ammunition or any type of firearm accessory.

12. $ 2,500 – Theft of silverware, pewterware and goldware.

13. $ 5,000 – Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a business. Recording or storage media will be covered only up to:
   a) the retail value of the media, if pre-programmed; or
   b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $ 10,000 – Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

EXHIBIT  A
PG  24  OF  50