24

Protection will be revised at each policy anniversary to reflect the rate of change in the Index identified on the Policy Declarations.

The limit of liability for **Coverage A — Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1,000.

Adjustment in the limit of liability for **Coverage A — Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B — Other Structures Protection** and **Coverage C — Personal Property Protection** in accordance with the Allstate manual of Rules and Rates.

We will not reduce the limit of liability shown on the Policy Declarations without **your** consent.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by Allstate at the time a change in limits is made.

Allstate has the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving **you** at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by Allstate in **your** state.

18. **Mortgagee**
A covered loss will be payable to the mortgagees named on the Policy Declarations,

to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgagees.

**We** will:
a) protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and
b) give the mortgagee at least 10 days notice if **we** cancel this policy.

The mortgagee will:
a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;
b) pay upon demand any premium due if an **insured person** fails to do so;
c) notify **us** in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;
d) give **us** the mortgagee's right of recovery against any party liable for loss; and
e) after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

*Section II — Family Liability and Guest
Medical Protection*

*Coverage X
Family Liability Protection*

*Losses We Cover Under Coverage X:*
Subject to the terms, conditions and limitations of
this policy, Allstate will pay damages which an
**insured person** becomes legally obligated to pay
because of **bodily injury** or **property damage**
arising from an **occurrence** to which this policy
applies, and is covered by this part of the policy.

We may investigate or settle any claim or suit for
covered damages against an **insured person**. If
an **insured person** is sued for these damages,
we will provide a defense with counsel of our
choice, even if the allegations are groundless, false
or fraudulent. We are not obligated to pay any
claim or judgment after we have exhausted our
limit of liability.

*Losses We Do Not Cover Under Coverage X:*
1.  We do not cover any **bodily injury** or
    **property damage** intended by, or which may
    reasonably be expected to result from the
    intentional or criminal acts or omissions of,
    any **insured person**. This exclusion applies
    even if:
    a)  such **insured person** lacks the mental
        capacity to govern his or her conduct;
    b)  such **bodily injury** or **property damage**
        is of a different kind or degree than that
        intended or reasonably expected; or
    c)  such **bodily injury** or **property damage**
        is sustained by a different person than
        intended or reasonably expected.

2.  We do not cover bodily injury to an insured
    person or property damage to property
    owned by an insured person whenever any
    benefit of this coverage would accrue directly
    or indirectly to an insured person.

3.  We do not cover **bodily injury** to any person
    eligible to receive benefits required to be
    provided or voluntarily provided by an
    **insured person** under any workers'
    compensation, non-occupational disability or
    occupational disease law.

4.  We do not cover **bodily injury** or **property
    damage** arising out of the ownership,
    maintenance, use, occupancy, renting,
    loaning, entrusting, loading or unloading of
    aircraft.

5.  We do not cover **bodily injury** or **property
    damage** arising out of the ownership,
    maintenance, use, occupancy, renting,
    loaning, entrusting, loading or unloading of
    any motor vehicle or trailer. However, this
    exclusion does not apply to:
    a)  a motor vehicle in dead storage or used
        exclusively on an **insured premises**;
    b)  any motor vehicle designed principally for
        recreational use off public roads, unless
        that vehicle is owned by an **insured
        person** and is being used away from an
        **insured premises**;
    c)  a motorized wheel chair;
    d)  a vehicle used to service an **insured
        premises** which is not designed for use on
        public roads and not subject to motor
        vehicle registration;
    e)  a golf cart owned by an **insured person**
        when used for golfing purposes;
    f)  a trailer of the boat, camper, home or
        utility type unless it is being towed or
        carried by a motorized land vehicle;
    g)  lawn and garden implements under 40
        horsepower;
    h)  **bodily injury** to a residence employee.

EXHIBIT ___*A*___
PG. __*38*__ OF __*50*__

26

6. We do not cover **bodily injury or property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or similar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   This exclusion does not apply to **bodily injury to a residence employee.**

7. We do not cover **bodily injury or property damage** arising out of:
   a) the negligent supervision by an **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person** arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motor vehicle or trailer which is not covered under Section II of this policy.

8. We do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. We do not cover any **property damage** consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

10. We do not cover any **bodily injury or property damage** arising out of any liability statutorily imposed upon any **insured person** in any manner, consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

11. We do not cover **bodily injury or property damage** arising out of the rendering of, or failure to render, professional services by an **insured person.**

12. We do not cover **bodily injury or property damage** arising out of the past or present **business activities of an insured person.**

   We do cover the occasional or part-time **business activities of an insured person** who is a student under 21 years of age.

13. We do not cover **bodily injury or property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person.** This exclusion does not apply to **bodily injury to a residence employee.**

EXHIBIT____A____
PG.___39___ OF ___50___

14. We do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

15. We do not cover any liability an **insured person** assumes arising out of any contract or agreement.

16. We do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

*Coverage Y*
*Guest Medical Protection*

*Losses We Cover Under Coverage Y:*
Allstate will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance, hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1. on the insured premises with the permission of an **insured person**; or
2. off the insured premises, if the **bodily injury**:
    a) arises out of a condition on the **insured premises** or immediately adjoining ways;
    b) is caused by the activities of an **insured person** or a **residence employee**;
    c) is caused by an animal owned by or in the care of an **insured person**; or
    d) is sustained by a **residence employee**.

*Losses We Do Not Cover Under Coverage Y:*
1. We do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**. This exclusion applies even if:
    a) such **insured person** lacks the mental capacity to govern his or her conduct;
    b) such **bodily injury** is of a different kind or degree than intended or reasonably expected; or
    c) such **bodily injury** is sustained by a different person than intended or reasonably expected.

2. We do not cover **bodily injury** to any **insured person** or regular resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

3. We do not cover **bodily injury** to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:

28

a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
c) a motorized wheel chair;
d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
e) a golf cart owned by an **insured person** when used for golfing purposes;
f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
g) lawn or garden implements under 40 horsepower;
h) **bodily injury** to a residence employee.

6. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or similar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to **bodily injury** to a residence employee.

7. We do not cover **bodily injury** arising out of:
   a) the negligent supervision by any **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person** arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under Section II of this policy.

8. We do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. We do not cover **bodily injury** arising out of the rendering of, or failure to render professional services by, an **insured person**.

10. We do not cover **bodily injury** arising out of the past or present business activities of an **insured person**.

We do cover the occasional or part-time business activities of an **insured person** who is a student under 21 years of age.

11. We do not cover **bodily injury** to any person on the insured premises because of a business

EXHIBIT ___*A*___
PG. __*41*__ OF __*50*__

29

*Additional Protection*

activity or professional service conducted there.

12. We do not cover **bodily injury** arising out of any premises, other than an insured premises, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury to a residence employee**.

13. We do not cover **bodily injury** caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

We will pay, in addition to the limits of liability:
1. **Claim Expenses**
   We will pay:
   a) all costs we incur in the settlement of any claim or the defense of any suit against an **insured person**;
   b) interest accruing on damages awarded until such time as we have paid, formally offered, or deposited in court the amount for which we are liable under this policy; interest will be paid only on damages which do not exceed our limits of liability;
   c) premiums on bonds required in any suit we defend; we will not pay bond premiums in an amount that is more than our limit of liability; we have no obligation to apply for or furnish bonds;
   d) up to $150 per day for loss of wages and salary, when we ask you to attend trials and hearings;
   e) any other reasonable expenses incurred by an **insured person** at our request.

2. **Emergency First Aid**
   We will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3. **Damage To Property Of Others**
   At your request, we will pay up to $500 each time an **insured person** causes **property damage** to someone else's property. At our option, we will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

   We will not pay for **property damage**:
   a) to property covered under Section I of this policy;

EXHIBIT____*A*____
PG____*42*____ OF____*50*____

30

*Section II — Conditions*

b)  to property intentionally damaged by an **insured person** who has attained the age of 13;

c)  to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or

d)  arising out of:
1)  past or present **business** activities;
2)  any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
3)  the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft.

1.  **What You Must Do After An Accidental Loss**
In the event of **bodily injury** or **property damage**, **you** must do the following:
a)  Promptly notify **us** or **our** agent stating:
1)  **your** name and policy number;
2)  the date, the place and the circumstances of the loss;
3)  the name and address of anyone who might have a claim against an **insured person**;
4)  the names and addresses of any witnesses.
b)  Promptly send **us** any legal papers relating to the accident.
c)  At **our** request, an **insured person** will:
1)  cooperate with **us** and assist **us** in any matter concerning a claim or suit;
2)  help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**;
3)  attend any hearing or trial.
d)  Under the **Damage To Property Of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2.  **What An Injured Person Must Do — Coverage Y — Guest Medical Protection**
If someone is injured, that person, or someone

EXHIBIT___A___
PG___43___ OF _50_

acting for that person, must do the following:
a) Promptly give us written proof of the loss. If we request, this must be done under oath.
b) Give us written authorization to obtain copies of all medical records and reports.
c) Permit doctors we select to examine the injured person as often as we may reasonably require.

3. **Our Payment Of Loss — Coverage Y — Guest Medical Protection**
We may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by us or an insured person.

4. **Our Limits Of Liability**
Regardless of the number of insured persons, injured persons, claims, claimants or policies involved, our total liability under **Coverage X — Family Liability Protection** for damages resulting from one occurrence will not exceed the limit shown on the Policy Declarations. All bodily injury and property damage resulting from continuous or repeated exposure to the same general conditions is considered the result of one occurrence.

Our total liability under **Coverage Y — Guest Medical Protection** for all medical expenses payable for bodily injury, to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**
We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an insured person.

6. **Our Rights To Recover Payment — Coverage X — Family Liability Protection**
When we pay any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them.

7. **Suit Against Us**
a) No suit or action can be brought against us unless there has been full compliance with all the terms of this policy.
b) No suit or action can be brought against us under **Coverage X — Family Liability Protection** until the obligation of an insured person to pay is finally determined either by judgment against the insured person after actual trial, or by written agreement of the insured person, injured person, and us.
c) No one shall have any right to make us a party to a suit to determine the liability of an insured person.

8. **Other Insurance — Coverage X — Family Liability Protection**
This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

9. **Limitation of Attorney's Fees**
Alaska Rules of Civil Procedure provide that some or all of the attorney fees of a person making a claim against you must be paid by you, if you are held liable.

In average cases, these fees are determined according to the following schedule under Rule 82 of the Alaska Rules of Civil Procedure:

EXHIBIT A
PG 44 OF 50