32

---

ATTORNEY'S FEES IN AVERAGE CASES

| Judgment and, if awarded, Prejudgment Interest | Contested | Without Trial | Non-Contested |
|---|---|---|---|
| First $25,000 | 20% | 18% | 10% |
| Next $75,000 | 10% | 8% | 3% |
| Next $400,000 | 10% | 6% | 2% |
| Over $500,000 | 10% | 2% | 1% |

The court may, in specific cases, deviate from this schedule.

We will pay prevailing party's attorney's fees for which you are liable under Rule 82 of the of the Alaska Rules of Civil Procedure, subject to the following limitation:

We will not pay that portion of any prevailing party's attorney's fees awarded that are in excess of fees calculated by applying the schedule for contested cases in Rule 82(a)(1) of the Alaska Rules of Civil Procedure to the limit of liability of the applicable coverage.

This limitation means that the potential costs which may be awarded against you as attorney fees may not be fully covered. You would be responsible for paying any attorney fees not covered.

For example, the attorney fees provided by the schedule in Civil Rule 82 (a) (1) for contested cases is:

20% of the first $25,000 of a judgment or claim settlement.

10% of the amounts over $25,000 of a judgment or claim settlement.

If, in a contested case, a court enters an award against you in the amount of $125,000, in addition to that amount you would be liable under Rule 82 (a) (1), for attorney fees of $15,000 calculated as follows:

20% of $ 25,000..............................$ 5,000
10% of $100,000..............................$10,000

Total Award $125,000
Total Attorney Fees $15,000

If you have policy limits of $100,000, we would pay $100,000 of the $125,000 award, and $12,500 of the Rule 82 (a) (1) attorney fees, calculated as follows:

20% of $ 25,000..............................$ 5,000
10% of $ 75,000..............................$ 7,500

Total Limit of Liability $100,000
Total Attorney Fees Covered $12,500

You would be liable to pay, directly and without our assistance, the remaining $25,000 in liability, plus the remaining $2,500 in attorney fees not covered by this policy.

Any payment made for the covered amount of awarded prevailing party's attorney's fees will be in addition to our limit of liability for this coverage.

---

EXHIBIT ___A___
PG ___45___ OF ___50___

33

### Section III — Optional Protection

**Optional Coverages You May Buy**
The following Optional Coverages may supplement coverages found in Section I or Section II and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage.

**Coverage BP**
**Increased Coverage On Business Property**
The $1,000 limitation on business property located on the **residence premises**, under **Coverage C — Personal Property Protection**, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the **residence premises**.

**Coverage DP**
**Increased Coverage On Electronic Data Processing Equipment**
The $5,000 limitation on electronic data processing equipment under **Coverage C — Personal Property Protection**, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

**Coverage F**
**Fire Department Charges**
The $500 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

**Coverage G**
**Loss Assessments**
If your **residence premises** includes a building structure which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the building structure occupied exclusively by **your** household as a private residence, including the grounds, related structures and private approaches to them.

We will pay **your** share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:
a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss we cover under Section I of this policy; or
b) **bodily injury** or **property damage** covered under Section II of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

Allstate will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property damage** exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to Section I of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to Sections I and II of this policy and the Section I and II Conditions, except as otherwise noted.

34

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
   **Extended Coverage On Jewelry, Watches and Furs**
   **Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:
   a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
   b) furs, including any item containing fur which represents its principal value.

   The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C — Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

   We do not cover loss caused by or consisting of:
   a) intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
      1) may be reasonably expected to result from such acts; or
      2) is the intended result of such acts.
   b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
   c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

   We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
   d) war or warlike acts, including, but not limited to: insurrection, rebellion or revolution.
   e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss we cover.

   Any deductible shown on the Policy Declarations applicable to **Coverage C — Personal Property Protection**, also applies to a loss under this coverage.

6. **Coverage K**
   **Incidental Office, Private School Or Studio**
   a) The $200 and $1,000 limits applying to property used or intended for use in a business under **Coverage C — Personal Property Protection** do not apply to equipment, supplies and furnishings used in a described office, private school or studio at your **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

   The Coverage K limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies to property while away from the **residence premises**. These limits are not in addition to **Coverage C — Personal Property Protection**, **Limitations On Certain Personal**

EXHIBIT ___A___
PG ___47___ OF ___50___

Property on property used or intended for use in a business. The increased coverage does not include property held for sample, sale or delivery after sale.

b) **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person**. The occupancy of the described property shall not be considered a **business**.

We do not cover **bodily injury** to:
a) any employee other than a **residence employee**; or
b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

7. **Coverage LR**
   **Lock Replacement**
   **Coverage A — Dwelling Protection** is extended to include reasonable expenses you incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

8. **Coverage M**
   **Increased Coverage On Money**
   The $200 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

9. **Coverage P**
   **Business Pursuits**
   **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover specified business pursuits of an **insured person**.

We do not cover:
a) **bodily injury** or **property damage** arising out of the business pursuits of an **insured person** when the business is owned or financially controlled by the **insured person**. This also means a partnership or joint venture of which an **insured person** is a partner or member;
b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;
c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;
d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or
e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

36

10. **Coverage S**
    **Increased Coverage On Securities**
    The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C — Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

11. **Coverage SD**
    **Satellite Dish Antennas**
    **Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your** residence premises, subject to the provisions of **Coverage C — Personal Property Protection**.

    The amount of coverage is shown on the Policy Declarations.

12. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C — Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

    The amount of coverage is shown on the Policy Declarations.

13. **Coverage ST**
    **Increased Coverage On Theft of Silverware**
    The $2,500 limitation on theft of silverware, pewterware and goldware under **Coverage** — Personal Property Protection is increased to the amount shown on the Policy Declarations.

EXHIBIT A
PG 42 OF 50

37

IN WITNESS WHEREOF, ALLSTATE has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of ALLSTATE.

*[signature]*

Secretary

*[signature]*

President,
Allstate Personal Property & Casualty

EXHIBIT __A__
PG __50__ OF __50__