IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| LORI MORGAN,<br><br>  Plaintiff,<br><br>vs.<br><br>VIRGINIA EZELL,<br><br>  Defendant.<br><br>VIRGINIA EZELL,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>CLAY KRISTIANSEN,<br><br>  Third-Party Defendant. | Case No. 4FA-05-1876 Civ |

### EZELL'S 8TH SUPPLEMENTAL DISCLOSURE

Attached hereto is a copy of the Grand Jury transcript of Lori Morgan.

DATE: 4/25/06

LAW OFFICES OF PAUL WAGGONER
Attorney for Virginia Ezell

By _____
PAUL W. WAGGONER
Alaska Bar Assn. No. 7705070

Certificate of Service:
A copy of the above was mailed on 4/25/06 to Darryl D. Walker.

By _____
LAW OFFICES OF PAUL WAGGONER

728/P/DISCLOSURES-SUPP08

EXHIBIT B
PG 1 OF 7

LAW OFFICES OF PAUL WAGGONER
632 Christensen Drive, Suite 200
Anchorage, Alaska 99501-2109
Phone 907-277-0514 • Facsimile 907-258-6342

RECEIVED
Bliss, Wilkens & Clayton
APR 26 2006
File # 854-477  Atty JPK
Calendar_____ File_____
cc_____



**STATE OF ALASKA**

**DEPARTMENT OF LAW**
*CRIMINAL DIVISION*

**FRANK H. MURKOWSKI,**
**GOVERNOR**

Delivery:  310 K Street, Ste 403
           Anchorage, AK 99501
Phone:     (907) 269-6379
Fax:       (907) 269-6305

April 21, 2006



RECEIVED
APR 24 2006
PAUL W. WAGGONER
Attorney at Law

Paul W. Waggoner
632 Christensen Drive, Suite 200
Anchorage, AK 99501-2109

Re: Court Order regarding Lori Morgan GJ testimony

Dear Mr. Waggoner:

I received your letter of April 7, 2006 along with the court order from Judge Downes. Pursuant to the order, I have enclosed a copy of the transcript of the grand jury testimony of Lori Morgan in case number 4FA-04-1690 CR. The order also required that we turn over grand jury testimony from two other cases. Neither of those cases, 4FA-03-4205 CR and 4FA-04-2760 CR, charged felony offenses. Therefore, no grand jury presentation occurred in those cases.

Please let me know if you have any questions regarding this letter or the enclosed transcript.

                              Sincerely,

                              DAVID W. MÁRQUEZ
                              ATTORNEY GENERAL

                              By: [signature]
                              Susan A. Parkes
                              Deputy Attorney General

Enclosure

EXHIBIT ___B___
PG ___2___ OF ___7___

```
11      (Witness excused; witness summoned)
12      THE CLERK: Please raise your right hand.
13      (Oath administered)
14      MS. MORGAN: Yes.
15                      LORI MORGAN
16      called as a witness, testified as follows on:
17                   DIRECT EXAMINATION
18      THE CLERK: You can be seated. And for the record, your
19      full -- you can sit down. Your full name, spelling your last
20      name.
21   A  Lori Morgan, M-o-r-g-a-n.
22      THE CLERK: City where you live and your occupation?
23   A  I live in Fairbanks. I'm on disability right now.
24      THE CLERK: And will you spell your first name, Lori?
25   A  L-o-r-i.
                                                            29
```

EXHIBIT  B
PG  3  OF  7

**Page 30**

1  THE CLERK: Thank you.
2  BY MS. SIMMONS:
3  Q  Okay, ready? Lori -- like to do is draw your attention
4     back to November 1st of 2003. On that day, did you have
5     occasion to call the police department to report
6     something?
7  A  Yes.
8  Q  And do you recall what it was that you were calling to
9     report?
10 A  I called to report that Clay had taken my TV and had
11    slugged me in the arm.
12 Q  Okay. And when you say Clay, is that Clay Kristiansen?
13 A  Yes.
14 Q  Okay. And are -- and at the time, what was your
15    relationship with Clay Kristiansen?
16 A  We'd been -- he was my boyfriend on and off.....
17 Q  For.....
18 A  .....through the years. Six years.
19 Q  .....how many years? Six years.
20 A  Yeah.
21 Q  And when you called the police department, did they send
22    an officer over?
23 A  Yes.
24 Q  And do you recall which officer they did send over?
25 A  Officer Allen.

**Page 31**

1  Q  Officer Allen.
2  A  Yes.
3  Q  And did you tell Officer Allen at that time that you had
4     been hit on the arm?
5  A  Yes.
6  Q  And at that point in time, did you also have injuries
7     from a previous assault?
8  A  Yes.
9  Q  And was Officer Allen able to observe those at the time
10    that he responded?
11 A  Yes.
12 Q  And do you recall when those injuries were from,
13    approximately?
14 A  I can't remember approximately, no. One to two weeks
15    prior to that is -- is the best I can remember.
16 Q  Prior to November 1st?
17 A  Yes.
18 Q  And those were from an assault, correct?
19 A  Yes.
20 Q  And who caused those injuries to you?
21 A  Clay Kristiansen.
22 Q  Okay. Now, at the time did you inform Officer Allen
23    about how those injuries happened?
24 A  I believe I did.
25 Q  Okay. And do you recall if he took pictures of those

**Page 32**

1     injuries?
2  A  Yes, he did.
3  Q  All right. I'm showing you grand jury exhibit 3. Are
4     these the pictures -- are the -- first of all, is this
5     you?
6  A  Yes.
7  Q  And is this -- are these pictures a fair and accurate
8     representation of what you looked like the night that
9     Officer Allen responded on November 1st?
10 A  Yes.
11 Q  Okay. And it's been your testimony that these are
12    injuries sustained from Mr. Kristiansen?
13 A  Yes.
14 Q  Okay. Now what I'd like to do is go back approximately
15    one to two weeks.....
16 A  Uh-huh (affirmative).
17 Q  .....and have you tell us a little bit about that
18    incident. Leading up to the assault -- this is one to
19    two weeks prior to November 1st -- when did you meet up
20    with Clay?
21 A  He -- he came over and -- and called through the window,
22    and I think -- it was about 9:30, I think, 9:30, 10:00
23    o'clock in the evening. And he asked to go to the
24    movies.
25 Q  Okay. And where were you living at that time? What was

**Page 33**

1     your address?
2  A  1554 Eielson, Apartment 5.
3  Q  Okay. Did he -- did Clay want to go to the -- or did you
4     want to go to the movies?
5  A  No.
6  Q  Okay. Did you get in the car with him?
7  A  Yes.
8  Q  And where did you go once you got in the car?
9  A  To his mother's house.
10 Q  And do you know where his mother lives, what the address
11    is?
12 A  Yes.
13 Q  And what is that?
14 A  6 Blanche Avenue.
15 Q  And does Mr. Kristiansen live with his mother?
16 A  Yes.
17 Q  And could you explain where he lives in the house in
18    relation to where his mom lives in the house?
19 A  It's -- he -- he lives downstairs from his mother.
20    It's -- it's a house but it's -- you know, where the
21    stairs goes down and it's got the furnace and the water
22    heater and stuff like that. And he's made him -- he's
23    made a bedroom down there for himself.
24 Q  Okay. Now, when you went to Clay's mother's house, did
25    you go into his bedroom, the area that he lives in?

EXHIBIT B OF 4  PG 4 OF 7

**Page 34**

1  A  Yes.
2  Q  Okay. What happened once the two of you got down there?
3  A  We started arguing.
4  Q  Do you recall what you were arguing over?
5  A  No. I think he was just in a bad mood.
6  Q  And do you recall why it was that he was in a bad mood?
7  A  What I remember is that he had been over one of his
8     friends' house or something, and his friend had made him
9     leave.....
10 Q  Okay.
11 A  .....another -- a -- a male friend of his.
12 Q  Okay.
13 A  So he was mad about that.
14 Q  And while you were sitting in the -- could you describe
15    where you were while you were having this argument, where
16    you were and where Clay was?
17 A  I was sitting on the right side of the room. It was on
18    an ottoman. The TV's kind of slanted this way and I was
19    sitting there. And then he's got a coffee table, and he
20    was sitting against that wall, kind -- kind of where the
21    TV's -- you know, just opposite of the TV, type thing.
22 Q  Okay. Now, at any point while you were watching TV with
23    Clay, did Clay get up or did Clay approach you in any
24    way?
25 A  I was watching TV and he came around the back, to the

**Page 35**

1     right side of me.
2  Q  Okay. And when he came around the right side of you,
3     what happened?
4  A  He kicked me in the face, on the side of the head.
5  Q  Okay.
6  A  In the temple, I guess, area.
7  Q  And when he kicked you, do you recall, did he -- what he
8     had on his feet? Did he -- was he wearing shoes?
9  A  Yes. Tennis shoes.
10 Q  Do you -- tennis shoes?
11 A  Yes.
12 Q  Do you recall what kind of tennis shoes they were?
13 A  No. Just regular -- just white tennis shoes.
14 Q  Okay. Did you see the kick coming or was it a surprise?
15 A  No. It was -- it was a surprise. I had my eyes on the
16    TV set.
17 Q  And when you were kicked, what happened to you physically
18    after he made impact with you?
19 A  I just saw -- I saw, like, a white flash. And I fell to
20    the floor. And then I just kind of tried to shake, you
21    know, shake the cobwebs out, sort of thing, you know.
22 Q  Do you recall if you lost consciousness at that point in
23    time?
24 A  I don't -- I don't think so, but it's possible. I -- I
25    don't.....

**Page 36**

1  Q  Would it be fair to say that you were disoriented at that
2     point in time?
3  A  Absolutely. Absolutely.
4  Q  Okay. At any point did you get up off of the floor?
5  A  Yes, and -- and sat back in the ottoman.
6  Q  All right. And at the time that you got back up on the
7     ottoman, what did Clay do?
8  A  He just started punching and stuff like that.
9  Q  And when you say he started punching, where specifically
10    did he punch you?
11 A  It was -- the -- it -- mostly my -- my cheek, this cheek,
12    my left cheek.
13 Q  Okay. I'm going to show you a couple of pictures. I'm
14    going to show you grand jury exhibit 3, picture E. Is
15    this a fair and accurate representation of where you were
16    punched.....
17 A  Yes.
18 Q  .....by Mr. Kristiansen? Would you say you were punched
19    once or more than once?
20 A  No. Several times. I -- I couldn't tell you how many.
21 Q  Okay. And as far as -- you've described also being
22    kicked first. Showing you grand jury exhibit 3, picture
23    D.
24 A  On my.....
25 Q  The redness on the right side of your head, is that where

**Page 37**

1     you recall being kicked?
2  A  Yeah. We -- you can see the scratches up on my forehead
3     there, above my eye.
4  Q  Okay.
5  A  It's really.....
6  Q  Now, you said he punched you repeatedly in the face. Did
7     he punch you anywhere else while you were sitting on the
8     ottoman?
9  A  I -- I remember being choked. I -- it -- it was just an
10    all-over thing, you know.
11 Q  Okay. At any point did you fall off the ottoman or get
12    off the ottoman again?
13 A  Yeah. I -- I was get -- I was getting pretty -- not
14    feeling well. You know, I couldn't take it anymore. So
15    I -- I went -- I went to the floor. I think he punched
16    me to the floor. And I went into a -- a ball, you know,
17    to kind of protect myself. He started kicking me in the
18    back.
19 Q  Okay. At this point in time when he was kicking you in
20    the back, was he still kick -- did he still have his
21    tennis shoes on, as you described.....
22 A  Yes.
23 Q  .....earlier?
24 A  Yes.
25 Q  And when you say he kicked you in the back, could you

**Page 38**

1  describe exactly how it is that he kicked you? Was he
2  using the heel of the foot or -- of the shoe or the whole
3  sole or the toe? Do you recall?
4  A  I -- I think it was the toe. I was -- I was kind of
5  trying to cover up, so I -- I didn't -- I didn't see.
6  But I -- I believe it -- it was his toe, the toe of his
7  shoe.
8  Q  Okay. And was that on just one side of your body or both
9  sides of your body?
10 A  No. He was -- he -- he got me on both sides, I believe.
11 Q  Grand jury exhibit 3, picture J. Is this a fair and
12 accurate representation of what your side looked like
13 about a week to two weeks after the incident?
14 A  Yes.
15 Q  And I'll also show you picture K. Is that a accurate
16 representation of the other side of your torso, your left
17 side?
18 A  Yes.
19 Q  Both of which were from Mr. Kristiansen's tennis
20 shoe.....
21 A  Yes.
22 Q  .....kicking you?
23 A  Yes.
24 Q  Okay. Now, you described that somewhere in the middle of
25 this incident he choked you or strangled you as well?

**Page 39**

1  A  Yes.
2  Q  Okay. Do you recall, were you sitting on the ottoman at
3  the time that that happened?
4  A  Yeah.
5  Q  And do you recall whether -- how he did it? Was it with
6  an object or one hand or two hands?
7  A  It was two hands.
8  Q  And was it from the front or from the back?
9  A  Was from the front.
10 Q  And when this happened to you, what were you feeling?
11 What were you -- what physical symptoms were you having
12 when -- while he was doing this to you?
13 A  Well, I couldn't breathe.
14 Q  Okay.
15 A  He -- he's strong. Yeah, a -- just coughing and, you
16 know, trying to get air, trying to, you know, get him off
17 me.
18 Q  Okay. At any point did you lose consciousness?
19 A  Not while -- no. Not while he was choking me, I don't
20 think. No.
21 Q  Okay. Did you fear that you would lose consciousness?
22 A  Yes.
23 Q  Okay. Specifically, what did you fear?
24 A  That he -- he was, you know, going to choke me until I
25 fainted.

**Page 40**

1  Q  Okay. Any point during any of this did you make an
2  effort to get help or to attract anyone else's attention?
3  A  Yes.
4  Q  Okay. And how did you do that?
5  A  I -- I heard his mother walking upstairs. And -- and so
6  I screamed for help.
7  Q  Okay. Do you remember how many times you screamed for
8  help?
9  A  Three or four times, maybe.
10 Q  Did anybody come to help you?
11 A  No.
12 Q  Okay. Do you recall approximately when this sequence of
13 events began, about what time at night?
14 A  It -- it -- 10:00, 10:30, something like that. It was --
15 it was just right when -- he picked me up, then he took
16 me straight to his mother's house. And he -- he got to
17 going right off the bat, so -- I -- I was probably there
18 maybe a half-hour when he -- when he started in.
19 Q  Okay. And do you recall about when this whole sequence
20 of events ended?
21 A  I think it was about 6:00 in the morning.
22 Q  This would be the following day? This would be.....
23 A  Yes, the following day.
24 Q  Following day, okay. And do you recall, did the assault
25 take place -- did it span all that time, or was the

**Page 41**

1  assault just earlier in the afternoon -- or earlier in
2  the evening the prior night?
3  A  No. It -- it went on until -- you know, he'd calm
4  himself down but then he'd come back, you know. It went
5  on all night.
6  Q  Okay. At any point when this was happening, did you try
7  to leave?
8  A  I was afraid to.
9  Q  Okay. Why were you afraid to leave?
10 A  Because I've been in that situation before.
11 Q  Okay. If you had wanted to leave, would you have been
12 able to?
13 A  No.
14 Q  Why wouldn't you have been able to?
15 A  I was too sick.
16 Q  When you say you were too sick, what do you mean, you
17 were too sick?
18 A  I was in a lot of pain. I couldn't walk.
19 Q  And was that from the assault that had occurred?
20 A  Yes.
21 Q  Okay. At any point were you actually able to leave the
22 house?
23 A  When he -- he took me home.
24 Q  Okay. And did he take you home in his car?
25 A  Yes.

EXHIBIT 2 PG 6 OF 7

SOA v. KRISTIANSEN, 4FA-04-01690 CR, GRAND JU

1  Q  Were you able to get to the car by yourself?
2  A  Yeah, I remember getting to the car, but I couldn't stand
3      up.
4  Q  Okay. When you got to the car, were you able to get into
5      the car by yourself?
6  A  Yes. I got in the car by myself.
7  Q  Okay. And after this span of many hours after this
8      happened, where did Mr. Kristiansen take you?
9  A  He took me home.
10  Q  Okay. What did he do once he got to your residence?
11  A  Nothing. I just got out of the car and went in the
12      house.
13  Q  Did he tell you to put anything on before you left the
14      car?
15  A  Oh, he had me put on sunglasses at his house. And
16      when -- I was supposed to take them off when I got home.
17  Q  Okay.
18  A  Because it -- it was daylight by then.
19  Q  Now, when you got home, did you go to the hospital or did
20      you call anyone?
21  A  No.
22  Q  Why didn't you do that?
23  A  I was -- I was -- I just wanted to go to bed. I'd been
24      up all night. And I just wanted to -- I -- I was sick.
25      I just wanted to go to bed.

42

1  Q  And is that what you did? You actually got in bed?
2  A  Yes.
3  Q  And do you recall how long it was you stayed in bed?
4  A  No.
5  Q  Was it a matter of hours or days?
6  A  It was -- that's why I can't think of what day this
7      happened, because I was in bed for such a -- such a long
8      time.
9  Q  And why didn't you get out of bed?
10  A  I was in a lot of pain.
11  Q  Okay. Were you able to see?
12  A  No, my eyes were swelled shut.
13  Q  Were you able to eat anything at that point in time?
14  A  No.
15  Q  Why not?
16  A  I couldn't get up and cook.
17  Q  Now, you recall having any thoughts or any dreams during
18      this period of time when you were in bed?
19  A  Well, I thought I wouldn't wake up.
20  Q  And when you say you thought you wouldn't wake up, what
21      do you mean by that?
22  A  I thought I was going to die.
23      MS. SIMMONS: Are there any further questions for this
24      witness?
25      (Witness excused; witness summoned)



EXHIBIT 8
7 OF 7

43

A & T Transcripts