## Page 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

LORI MORGAN,  )
    Plaintiff,  )
vs.  )
VIRGINIA EZELL,  )
    Defendant.  )
_____)
VIRGINIA EZELL,  )
    Third-Party Plaintiff,  )
vs.  )
CLAY KRISTIANSEN,  )
    Third-Party Defendant.  )
_____)
Case No. 4FA-05-1876 CI

DEPOSITION OF LORI MORGAN
Taken Thursday, December 14, 2006
From the hour of 8:50 a.m. to 11:22 a.m.

Pages 1 through 95, inclusive
Volume 1
Taken by Counsel for Defendant Ezell
At
Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

## Page 2

APPEARANCES

For Plaintiff:
    JOHN FRANICH, ESQ.
    1305 21st Avenue, Suite 204
    Fairbanks, AK 99701
    907-456-5100

For Defendant and Third-Party Plaintiff Ezell:
    PAUL W. WAGGONER, ESQ.
    LAW OFFICES OF PAUL WAGGONER
    632 Christensen Drive, Suite 200
    Anchorage, AK 99501-2109
    907-277-0514

For Third-Party Defendant:
    BARRY J. KELL, ESQ.
    CALL, HANSON & KELL
    250 H Street
    Anchorage, AK 99501-2112
    907-258-8864

Witness:
    LORI MORGAN
    December 14, 2006

Reported by:
    CAROL A. McCUE, RMR
    Heartland Court Reporters

BE IT KNOWN that the deposition of the above-named witness was taken this date in the foregoing action before Carol A. McCue, Registered Merit Reporter and Notary Public within and for the State of Alaska.

## Page 3

INDEX
WITNESS: LORI MORGAN     December 14, 2006
EXAMINATION     Page
Direct Examination by Mr. Waggoner............4
Cross-Examination by Mr. Kell................76

EXHIBITS
No exhibits were marked in this deposition.

## Page 4

1     PROCEEDINGS
2     (The following proceedings commenced
3     at 8:50 a.m., December 14, 2006.)
4     (Witness sworn.)
5     LORI MORGAN,
6 being called as a witness, having been first duly sworn
7 to state the truth, the whole truth, and nothing but
8 the truth, testified under oath as follows:
9     DIRECT EXAMINATION
10 BY MR. WAGGONER:
11     Q.   This is Paul -- I'm Paul Waggoner. How are
12 you today?
13     A.   I'm fine.
14     Q.   Good. And I wonder if you could state your
15 name, just for the record here.
16     A.   Lori W. Morgan.
17     Q.   And how old are you?
18     A.   46.
19     Q.   Okay. And are you working now?
20     A.   No.
21     Q.   When is the last time you worked?
22     A.   I think it was 2000.
23     Q.   And why haven't you worked since 2000?
24     A.   I've had a lot of problems with depression.
25     Q.   It seems like you might be on disability; is

1 (Pages 1 to 4)

Heartland Court Reporters
Carol A. McCue, RMR
E-mail: carol.mccue@acsalaska.net
Telephone: 907-452-6727
Fax: 907-488-7701

EXHIBIT D
PG 1 OF 8

Page 53

1  him for a ride -- or when he said, I said, well, can
2  you just give me a ride to the store.
3      Q.   Well, what movie were you going to go to at
4  10:00 or 11:00 at night?
5      A.   I have no idea.  It was a total surprise when
6  he slid my window open and asked me to go to the
7  movies.
8      Q.   And so did you say that he came to your house
9  at 10:00 to 11:00?
10     A.   Between 10:00 and 11:00, yeah.
11     Q.   Okay.  And so after discussing things and
12 stuff, do you think that you got to Virginia Ezell's
13 house around 11:00?
14     A.   I would say between 10:00 -- I think it was --
15 I'm not sure about the time.  10:30.  It -- it was
16 between 10:00 and 11:00 that he came and I -- and we
17 got to her house.  I can't remember the exact time when
18 everything happened.
19     Q.   And what kind of a car was he driving?
20     A.   It was his little purple car.
21     Q.   And where -- where does he typically park that
22 car?
23     A.   At his -- you mean at his mother's house?
24     Q.   Yeah.
25     A.   Right next to her car.

Page 54

1      Q.   In the front or in the back?
2      A.   In the front.
3      Q.   And what was Virginia Ezell doing when you
4  came in at 10:30 at night or something?
5      A.   She was in the bedroom.  I don't know what she
6  was doing.
7      Q.   Is that -- when you say she was in her
8  bedroom, I don't know what she was doing, does that
9  mean you didn't actually see her?
10     A.   Her car was there.  And no, I didn't -- I
11 didn't see her.  Her bedroom door was closed and it's
12 usually open.
13     Q.   And so can you tell me, was the light on?
14     A.   I don't remember.  I don't believe so.
15          THE REPORTER:  I need to take a break in a few
16 minutes to call the videographer.
17          MR. WAGGONER:  Okay.
18 BY MR. WAGGONER:
19     Q.   Now, I think you testified earlier in the
20 case, in this deposition, that you didn't have a single
21 thing to drink before this assault started.
22     A.   No.  That's why I wanted to go to the store to
23 get some beer.
24     Q.   Yeah.  But didn't you drink something at
25 Clay's house?

Page 55

1      A.   No.  Because he starts screaming at me and I
2  was kind of trying to stay away from him.
3      Q.   Well, this -- this report says, Lori said that
4  she didn't think that either of them had very much to
5  drink by that time, rather than saying that you hadn't
6  had anything to drink.
7      A.   No, I don't remember saying that.
8      Q.   Okay.  Well, do you think it -- I mean, this
9  was taken -- it wasn't the day of the incident or
10 anything, but it was, you know, in 2004, more than two
11 years ago.  Do you think maybe you were being more
12 accurate then than you are today?
13     A.   Possibly.  I don't know.
14     Q.   Now, I guess you said that -- that Clay became
15 agitated; is that right?
16     A.   Yes.
17     Q.   And at first, I mean, in this statement you
18 said that Clay was calm at first.
19     A.   Yes.
20     Q.   Okay.  And I guess you -- you knew the reason
21 he was agitated, you told the police officer that he
22 had lost his job and he hadn't been sleeping well.  Do
23 you remember that or is that something else that you
24 can't remember?
25     A.   He -- he -- I don't remember because he -- he

Page 56

1  got jobs and lost them all the time.
2           MR. GROSECLOSE:  Okay.  Well, why don't we
3  stop for a moment, we'll make the phone calls and we
4  can continue with the deposition.
5           THE REPORTER:  Off record.
6           (Off record, recess from
7           10:16 a.m. to 10:23 a.m.)
8           THE REPORTER:  Back on record.
9  BY MR. WAGGONER:
10     Q.   Is there anyone else that you have been
11 subjected to domestic violence?  Anyone else that's
12 assaulted you other than Clay and Mark Riddle?
13     A.   No.
14     Q.   Were your -- I mean, did you come from a kind
15 of a violent family?  I mean, some people look at that
16 after...
17     A.   No.
18     Q.   Did you have a happy childhood?
19     A.   Yeah.
20     Q.   It wasn't a situation where -- were your
21 parents alcoholics?
22     A.   No.  No.  My mother never touched a drop.
23     Q.   How about your dad?
24     A.   I don't know, they were divorced when I was
25 small.

14 (Pages 53 to 56)

EXHIBIT _____ D _____
PG ___ 2 ___ OF ___ 8 ___

Heartland Court Reporters
Carol A. McCue, RMR

E-mail:  carol.mccue@acsalaska.net

Telephone: 907-452-6727
Fax: 907-488-7701

Deposition of Lori Morgan
Taken December 14, 2006

Morgan v. Ezell
Case No. 4FA-05-1876 CI

Page 57

1  Q. Oh. Was there any kind of man around the
2  house that abused your mother or anything like that?
3  A. No.
4  Q. Down in the basement, what -- what was going
5  on before the assault started? Were you watching TV?
6  Listening to music or talking or what was happening?
7  A. We had the TV on, and he just started working
8  himself up. And I was just trying to watch TV.
9  Q. What were you watching TV, what was on, do you
10 know?
11 A. I don't remember because I was trying to keep
12 an eye on him and trying to just not escalate the
13 situation, just trying to keep my mouth shut.
14 Q. And are there -- have you been there other
15 times when he would play loud music or --
16 A. Oh, yeah. I couldn't stand it.
17 Q. He played loud music a lot?
18 A. Yeah. And I would tell him to turn it down,
19 it was too loud.
20 Q. And was that a pretty frequent occurrence?
21 A. When -- when he -- when he had his friends and
22 stuff over down in there, yeah, he had a habit of
23 cranking the music up.
24 Q. Is that on a stereo?
25 A. Yeah.

Page 58

1  Q. Okay. Did he sometimes play music himself?
2  A. Yeah. He -- they -- he played the drums, I
3  guess, and he would go out, I think it was off of
4  Steese someplace, and they would -- they would all get
5  together and play music.
6  Q. And did he practice sometimes down in his
7  bedroom?
8  A. Not that I'm aware of, no.
9  Q. Do you sometimes watch music kind of videos on
10 TV? Or --
11 A. No.
12 Q. Are you sure you weren't watching a video as
13 opposed to watching TV?
14 A. I was watching TV.
15 Q. Okay. And if -- if you thought Clay should
16 turn the music down or, you know, turn the TV down,
17 would you do it or would you be afraid to turn it down
18 yourself?
19 A. The TV, he -- he usually didn't crank the TV
20 up, it was the stereo that, you know, he liked to -- he
21 liked to listen to his music really loud.
22 Q. And did -- did Virginia come down in the
23 basement at all?
24 A. No. Not -- they -- you could just -- excuse
25 me. Her bedroom and the kitchen are right above his

Page 59

1  bedroom and they could, like, scream through the vent
2  at each other.
3  Q. Did that happen very often?
4  A. All the time because like when the phone would
5  ring and he would go, mom, B.J., then she would pick it
6  up, you know.
7  Q. Okay. Can you recall, like, what the ceiling
8  was like in that bedroom in the basement?
9  A. Oh, it -- that house was -- I think it was
10 like just wood, and then like that cot -- maybe you --
11 I can't -- popcorn looking stuff there. I don't really
12 remember because it was kind of dingy down there.
13 Q. Is there kind of insulation in there? Can you
14 recall one way or the other?
15 A. Clay says that the insulation in the house,
16 there just wasn't any. He said it was like sawdust or
17 something.
18 Q. Okay.
19 A. It's a -- it's a quite -- it's an old, old
20 house.
21 Q. But I'm interested in what you observed rather
22 than what Clay may have told you or something. I mean,
23 and I'm just --
24 A. It looked like an electrical nightmare down
25 there.

Page 60

1  Q. Yeah. Okay. And the ceiling, I mean, I guess
2  there were wood beams and stuff, there was some kind of
3  bumpy stuff in between?
4  A. Yeah. If I remember correctly.
5  Q. Okay. Do you know if -- if Clay ever
6  subjected Virginia Ezell to domestic violence?
7  A. No. No. She was -- the police asked me that,
8  too. She was a pretty strong-willed woman.
9  Q. And are you contrasting that to yourself?
10 A. What do you mean?
11 Q. Well, you were subjected to domestic violence
12 repeatedly, you said, and you could have reported it to
13 the police and you didn't?
14 A. I think I had low self-esteem, and...
15 Q. Now, when you say that she was a strong-willed
16 woman, was -- was -- are you saying that Clay was
17 afraid of her?
18 A. No, I -- I didn't get that at all. He usually
19 did what she told him to do, you know. It was...
20 Q. I mean, did he, like, yell at her or anything
21 like that?
22 A. They -- both of them were kind of screamers to
23 me.
24 Q. Now, you said you didn't get there, I guess,
25 until 10:30 or so at night?

EXHIBIT  D
PG  3  OF  8

15 (Pages 57 to 60)

Heartland Court Reporters
Carol A. McCue, RMR
E-mail: carol.mccue@acsalaska.net
Telephone: 907-452-6727
Fax: 907-488-7701

Page 61

1  A.  Something around there, then.
2  Q.  Okay.  And would you say that the -- I guess
3  there was a little question about whether you had
4  something to drink there.  Would you say that the
5  assault didn't start until 11:30 or 12:00, or when are
6  you saying that it started?
7  A.  It started almost right off the bat, so I
8  don't know, between 11:00 and 12:00, maybe.
9  Q.  Did -- did -- you said sometimes you had heard
10 Virginia Ezell yell things at her son down through the
11 floor.
12 A.  Uh-hum.
13 Q.  Did she do anything, like, that night?
14 A.  No.
15 Q.  Okay.  And you said you told Clay sometimes to
16 turn the music down because it was so loud?
17 A.  Yeah.  I couldn't even hear myself think.
18 Q.  And would that be day or night, he would do it
19 any time?
20 A.  Any time.
21 Q.  And do you know how Virginia slept through
22 that kind of stuff, that loud music?
23 A.  I don't -- she thumped on the floor with a
24 broom or something, when he had it on, you know, when I
25 was there and he was playing it too loud.  It was

Page 62

1  usually, you know, when he had a couple of his friends
2  over, his music buddies.
3  Q.  And, I mean, can you recall many times when
4  she actually told him to turn the music down or not?
5  A.  I've heard her tell him to turn the music
6  down.
7  Q.  Did that happen very often or not?
8  A.  Well, if it was at night and -- I wasn't
9  there, you know, every single day, but she would, like,
10 scream at the top of the stairs to turn it down or
11 something.
12 Q.  Do you know what day of the week this was?
13 A.  I believe it was Saturday.
14 Q.  What makes you think it was Saturday?
15 A.  Because she -- she didn't work the next day.
16 Q.  And how do you remember that?
17 A.  Because she was taking a nap when Clay took me
18 upstairs and took me home.
19 Q.  How do you know she was taking a nap?
20 A.  Because her door was shut to her bedroom and
21 her car was there.
22 Q.  So, you know, apparently you've said that this
23 had happened to you down in this basement almost weekly
24 since 1997; is that right?
25 A.  No, I didn't mean that.  I -- what I said was

Page 63

1  that he's done something to me almost weekly.  Whether
2  it's physical or mental.
3  Q.  And the only time you can recall saying
4  anything about it was in 2000 and saying something to
5  the effect if he kept his hands off you, you would have
6  kept working; is that right?
7  A.  I would still have that job, yes.
8  Q.  Okay.  And so did you, on any other occasion,
9  shout at her and say -- you know, I mean, you didn't
10 apparently say it quietly to her on any other occasion,
11 did you shout at her and say, tell him to -- to not do
12 domestic violence on me anymore, or anything, you know,
13 communicating that thought on any of those other
14 occasions?
15 A.  No, I don't believe so.
16 Q.  Okay.  Just this one occasion you're saying
17 you shouted?
18 A.  Pardon me.
19 Q.  It's just this one occasion you say that you
20 shouted?
21 A.  Well when -- when he was hurting me
22 downstairs, you mean?
23 Q.  Yeah.
24 A.  Yeah, he was -- he was going to kill me.  I
25 mean, I had surgery and stuff and never thought I was

Page 64

1  going to die, but this is the only one time I thought
2  he was going -- he was going to kill me, so I started
3  screaming for help at the top of my lungs.
4  Q.  And that's the only time you've ever screamed
5  for help?
6  A.  Yes.
7  Q.  Now, I think the way you described the
8  incident, you might have been a little nervous about
9  the situation, but did he kick you in the side of the
10 head or hit you in the side of the head, or --
11 A.  No.  He kicked me in the side of the head
12 because I kept trying to -- trying to watch him, and I
13 went and took my eyes off of him and was looking at the
14 TV, and he walked around and kicked me in the side of
15 the head.
16 Q.  And you said that he broke your nose this
17 time; is that right?
18 A.  Yeah.  He -- he kept slugging me in the nose,
19 and there was blood all over.
20 Q.  You didn't go to the ER and get an X-ray or
21 anything like that to see if he broke your nose; is
22 that right?
23 A.  I -- I wasn't -- I wasn't that concerned about
24 my nose, I was concerned about my eye.
25 Q.  And which eye was that?

16 (Pages 61 to 64)

Heartland Court Reporters  
Carol A. McCue, RMR

EXHIBIT  D  
PG  4    E-mail:  carol.mccue@acsalaska.net

Telephone: 907-452-6727  
Fax:  907-488-7701

Deposition of Lori Morgan
Taken December 14, 2006

Morgan v. Ezell
Case No. 4FA-05-1876 CI

Page 65

```
 1    A.   This one.  (Indicating.)
 2    Q.   Your left eye?
 3    A.   Yes.
 4    Q.   And when do you think that that -- that injury
 5  occurred?
 6    A.   He just kept slugging me and slugging me.  It
 7  went on all night.  I couldn't -- I couldn't tell you.
 8    Q.   But I notice that, you know, when you first
 9  talked to the police officer that you had your -- the
10  first time you talked to any police officer about this
11  is when you said your TV set was stolen?
12    A.   Yes.
13    Q.   Is that right?  And then that's what you
14  wanted to report to the police?
15    A.   Yes.
16    Q.   Okay.  You didn't report to them about the
17  domestic violence?
18    A.   No.
19    Q.   Okay.  And the police officer kind of
20  pressured you to -- to provide evidence about the
21  domestic violence; is that right?
22    A.   He just started snap -- he said wait here,
23  I've got to get the camera.  Well, Clay had slugged me
24  that day, too.  He called me up and wanted to come
25  over, and I told him not to, and he -- he came over and
```

Page 66

```
 1  slugged me in the arm and took my TV.
 2    Q.   Okay.  And how many different times had he
 3  taken that TV?
 4    A.   I can't remember.  He -- I think just that one
 5  time.  He brought it back, but --
 6    Q.   When did he bring it back?
 7    A.   I think it was about a week later.
 8    Q.   And what would -- tell me, describe the
 9  circumstances of him bringing it back.
10    A.   I don't know.  I wasn't feeling that well
11  then.  I didn't -- I didn't tell him that I called the
12  police or anything.  So I think he was just trying to
13  make up or something.
14    Q.   Okay.  And did he stay at your house for a
15  little bit, then?
16    A.   Yeah.  And he went and found the card where it
17  had a case number, and I didn't -- I didn't know what
18  he meant by case number.  And he was really mad about
19  that.  Where the policeman left his card.
20    Q.   And did he come over some other occasions
21  after that?
22    A.   Mostly he would just call because the police
23  stop -- well, they were coming over all the time to
24  check on me.
25    Q.   So did you go to -- go to where -- Clay's
```

Page 67

```
 1  little apartment there after that, after he took the --
 2    A.   He didn't -- he doesn't have an apartment.
 3    Q.   Well, the basement that -- bedroom?
 4    A.   It's just a bedroom downstairs.
 5    Q.   Did you go over there after he took your
 6  TV set?
 7    A.   I think I did.
 8    Q.   And tell me about going over there after he
 9  took your TV set.
10    A.   Well, he -- I -- I think it was around
11  Christmastime is when I went over there.
12    Q.   And what were you doing over there
13  Christmastime?
14    A.   I don't remember.  It wasn't -- it wasn't
15  Christmas Day or anything like that, it was just I
16  think around Christmas because -- but I was still
17  pretty sick.  So I don't -- it's hard for me to
18  remember that.
19    Q.   Did you get him a present, a Christmas
20  present?
21    A.   No.
22    Q.   Did he get you one?
23    A.   No.  He's never given me a Christmas present.
24    Q.   Okay.  Have you given him some presents?
25    A.   No.  Oh, I guess I did.  That stereo.
```

Page 68

```
 1    Q.   When did you give him the stereo?
 2    A.   It was in the -- it was one summer, I can't
 3  remember what year it was.  It wasn't a new one, it was
 4  just a used, beat up, old stereo, you know, that he
 5  wanted.
 6    Q.   In this police report, the police officer
 7  writes down that you -- you said you felt sorry for
 8  Clay.  And this is when you were giving your statement
 9  to the police officer in -- in May of 2004.  I mean, is
10  that what you told the police officer?
11    A.   I probably did.  That's probably why I -- I
12  would -- I wouldn't have reported it that I -- he would
13  make me feel guilty.
14    Q.   Okay.  And you wouldn't report it to the
15  doctor?  That's right?
16    A.   I didn't want any problems, any trouble.
17    Q.   But isn't that right, you didn't report it to
18  the doctor?
19    A.   I think Dr. Raugust, I did.
20    Q.   That was a long time after this, though; that
21  was in 2005.
22    A.   Yeah.  Yeah.
23    Q.   But as of 2004, you hadn't reported it to the
24  doctors?
25    A.   I -- I had no way to get to the hospital.  My
```

EXHIBIT D
PG 5 OF 8

Heartland Court Reporters
Carol A. McCue, RMR
E-mail: carol.mccue@acsalaska.net

17 (Pages 65 to 68)

Telephone: 907-452-6727
Fax: 907-488-7701

**Deposition of Lori Morgan**
Taken December 14, 2006

**Morgan v. Ezell**
Case No. 4FA-05-1876 CI

Page 77

1  indicated that you thought you might try to do that if
2  you could get insurance, did you say?
3     A.   That's what I was talking with Social Security
4  so I could get medical help, yes.
5     Q.   What medical help would you need to go back to
6  work?
7     A.   I would -- I can't afford a lot of the
8  medications I'm supposed to be on.  I'd like to -- the
9  insurance I have doesn't cover most psychiatrists.
10 They won't take the -- the CAMA.  Or Medicaid or
11 Medicare, whatever that is.  They are getting really
12 touchy about that.  So...
13    Q.   How does that relate to your going back to
14 work?
15    A.   Getting my mind straight again.
16    Q.   And this goes back to what you were talking
17 about before, how, you know, your depression and
18 anxiety and so forth have kept you from working --
19    A.   Yes.
20    Q.   -- any significant time since 1995?
21    A.   Yes.
22    Q.   Now, who is Danielle Simmons?
23    A.   District attorney.
24    Q.   When did you first come into contact with
25 Danielle Simmons?

Page 78

1     A.   I think the Spring of 2004.
2     Q.   So this was several months after the incident
3  in Clay's mother's basement?
4     A.   Yes.
5     Q.   That's the subject of this Complaint, right?
6     A.   Yes.
7     Q.   You testified earlier that following this
8  incident in Clay's mother's basement that's the subject
9  of this lawsuit, you told nobody about that assault,
10 correct?
11    A.   No.
12    Q.   Did you see anybody within, say, two weeks
13 after that?
14    A.   Yeah.  I remember the girl across the street
15 seeing me.
16    Q.   Who was that?
17    A.   Her name was Chexlyn [SHAY-LIN].  I can't
18 remember her last name.
19    Q.   Do you know how to spell the first name?
20    A.   It was spelled really -- it was like
21 C-H-E-X-L-Y-N.
22    Q.   But you don't remember the last name?
23    A.   It was kind of on the tip of my tongue.  I
24 can't think of it.  I'll think of it later.
25    Q.   When is the last time you saw Chexlyn?

Page 79

1     A.   I can't remember.
2     Q.   This was across the street when you were still
3  living on Eielson?
4     A.   Yes.
5     Q.   Have you seen her in the last two years, say?
6     A.   No, I don't think so.  I've been in WICCA.
7     Q.   Anybody else who saw you within two weeks of
8  this incident in Clay's mother's basement?
9     A.   Well, the policeman.
10    Q.   When did you see a policeman after that?
11    A.   When I called the -- when I called and said
12 that he had slugged me in the arm and took my TV.
13    Q.   Do you remember when that was?
14    A.   No.  I'm -- I was having a hard time with
15 that.  I can't remember if it was a week or two later
16 because I was just -- I was pretty sick.
17    Q.   Did Clay slug you in the face at that time
18 also?
19    A.   November 1st?
20    Q.   When he came and took the TV?
21    A.   No.  He slugged me in the arm.
22    Q.   Only in the arm?
23    A.   Yes.
24    Q.   How many times did he hit you?
25    A.   I believe once.

Page 80

1     Q.   Just once?
2     A.   (Witness nods head.)
3     Q.   Now, you testified earlier that almost weekly
4  Clay committed some type of physical or mental abuse
5  against you, correct?
6     A.   Yes.
7     Q.   That was during the entire time that the two
8  of you were involved together?
9     A.   Yeah.  Except when he was in jail.
10    Q.   How often would the abuse be physical as
11 opposed to mental?
12    A.   I -- I always had bruises on me, so it...
13    Q.   So is it fair to say that probably on a weekly
14 basis he was beating you in some way?
15    A.   Yeah, either pinching me or burning me with a
16 cigarette or something.
17    Q.   Did he often hit you in the face?
18    A.   Yes.
19    Q.   How often would he do that?
20    A.   I -- it seemed like I had a black eye every
21 month.
22    Q.   Is that both eyes?
23    A.   No.  It was -- it was just usually one eye
24 would be black.
25    Q.   Which one?

Page 81

1   A.   This one. (Indicating.)
2   Q.   The left one, correct?
3   A.   Yes.
4   Q.   Clay's right-handed, isn't he?
5   A.   Yes.
6   Q.   He usually hit you with his right hand?
7   A.   Yes.
8   Q.   His right fist?
9   A.   Yes.
10  Q.   Is there a bathroom in the basement at Clay's
11  place?
12  A.   No.
13  Q.   When you needed to use the bathroom, you had
14  to go upstairs, correct?
15  A.   Yes.
16  Q.   How many times did you go upstairs to the
17  bathroom during this night that you say Clay was
18  assaulting you all night and into the next day?
19  A.   I can't remember. He would walk me up to the
20  bathroom, though.
21  Q.   But you did go up at least once during the
22  night, right?
23  A.   I think so, yeah. I -- I would have had to
24  have.
25  Q.   And probably more than that, right?

Page 82

1   A.   I -- I don't -- I don't remember.
2   Q.   Were you bleeding during this assault?
3   A.   Yes.
4   Q.   Did you go upstairs to clean up at all?
5   A.   No.
6   Q.   What was Clay doing during that night when he
7   wasn't hitting you?
8   A.   He was screaming about -- I don't know, about
9   how his kids didn't like me and how he's going to be
10  the Great White -- he was going to be the Great White
11  Hope or something, be the first to graduate from high
12  school, and it was just off-the-wall stuff, you know.
13  It was always the same story, you know, they would get
14  him going.
15  Q.   How long did this incident go on?
16  A.   This last one?
17  Q.   Yes.
18  A.   I'd say 12 or 13 hours.
19  Q.   So you said it started sometime between 11:30
20  and 12:00 probably, at night, and so it went probably
21  until about noon the next day; is that correct?
22  A.   No, it was about 2:00 is when I got -- he
23  finally -- it was about two o'clock when he finally
24  took me out of there. So I don't know.
25  Q.   So something like 14 hours?

Page 83

1   A.   11:30, 12:30 -- wow, yeah, something like
2   that.
3   Q.   You were awake the whole time?
4   A.   I think he knocked me out a couple of times,
5   or stunned me so bad that, you know, where you just see
6   that white flash.
7   Q.   How many times had he knocked you out prior to
8   that night?
9   A.   I'd say maybe a couple, three times.
10  Q.   Only two or three during that whole six or
11  seven -- what, five or six-year period?
12  A.   Yeah. That I remember, yeah.
13  Q.   There was the one with the flashlight, he
14  knocked you out then, right?
15  A.   No, he didn't knock me out then.
16  Q.   You didn't lose consciousness at that time?
17  A.   No, not that I remember.
18  Q.   He hit you on the left side of the face that
19  time, didn't he?
20  A.   He -- he hit -- in Delta?
21  Q.   Yes.
22  A.   He hit me all over because they -- they even
23  thought my hand was broken where I was trying to block
24  him from hitting me.
25  Q.   Which hand? Which of your hands?

Page 84

1   A.   This hand. (Indicating.)
2   Q.   Your right hand?
3   A.   My right hand.
4   Q.   But he didn't knock you out that time. Do you
5   remember occasions on which he did knock you out prior
6   to this last incident at Clay's mother's house?
7   A.   No. I don't remember. Stunning maybe, you
8   know, getting stunned, but not -- not knocked out, that
9   I remember.
10  Q.   Okay. Now again, going back to that night
11  that is the subject of the Complaint that you filed in
12  this case, you said that during the times that he
13  wasn't hitting you, Clay was yelling at you?
14  A.   (Witness nods head.)
15  Q.   "Yes"?
16  A.   Yes.
17  Q.   What else was he doing during that night?
18  A.   He was -- he was just sitting there and he was
19  really -- he was just mad. And then he'd slug me and
20  stuff for a while, and then he would quit, and then he
21  would come back. That's what he did all night long.
22  Q.   So for that whole 14-hour period?
23  A.   He did -- he did lay down, though, for a
24  while. And I just -- I just sat on the floor.
25  Q.   Did he go to sleep?

21 (Pages 81 to 84)

Heartland Court Reporters
Carol A. McCue, RMR

EXHIBIT D
PG 7 OF 8
E-mail: carol.mccue@acsalaska.net

Telephone: 907-452-6727
Fax: 907-488-7701

Deposition of Lori Morgan
Taken December 14, 2006

Morgan v. Ezell
Case No. 4FA-05-1876 CI

Page 85

```
1    A.   I don't know.  I didn't trust him.
2    Q.   So you didn't try to leave?
3    A.   I've -- I've done that before and him wake up
4  and -- and start hitting me again, so I was scared.
5    Q.   Was there a phone in the basement?
6    A.   Yes.
7    Q.   A house phone?
8    A.   Yes.
9    Q.   Not a cell phone?
10   A.   A house phone.
11   Q.   Did you try calling 911?
12   A.   He was sitting there by the phone.  I couldn't
13 have gotten to it.
14   Q.   What about when he went to lay down?
15   A.   I was -- I was scared to touch it because I've
16 done it -- I did it before, tried to call 911, not on
17 this occasion, but him beating me in the back of the
18 head with the phone.
19   Q.   When did that happen?
20   A.   I think it was August 2003.
21   Q.   So a couple of months before this incident?
22   A.   Yeah.
23   Q.   Okay.
24   A.   He really started getting really violent, more
25 than usual.
```

Page 86

```
1    Q.   What medications are you taking now?
2    A.   Hyzaar.
3    Q.   What is that?
4    A.   Hyzaar.  It's for blood pressure.
5    Q.   Anything else?
6    A.   Levoxyl.  It's thyroid.
7    Q.   Any others?
8    A.   Effexor.  That's the one I can't remember.
9    Q.   Effexor?
10   A.   Something.  Yeah.
11   Q.   And that one you mentioned earlier today,
12 right?
13   A.   Yes.  And Xanax.
14   Q.   Any others?
15   A.   No.
16   Q.   No?
17   A.   Sometimes I take aspirin, but just over the
18 counter.
19   Q.   Now, earlier on you testified that you had a
20 long-standing -- you've had a long-standing history of
21 depression, but you've said that it's been bad lately.
22 What do you mean by "lately"?
23   A.   Being -- being homeless, I gave -- I had to
24 give Tigger to Pet Pride.  Just being involved in all
25 this Court stuff, you know.
```

Page 87

```
1    Q.   When did you become homeless?
2    A.   When I moved -- it's considered homeless when
3 you -- when you're in the women's shelter.
4    Q.   When did you move in there?
5    A.   In August.  That -- that same -- I think it
6 was August 7th, 2004, I believe.
7    Q.   Before this incident in the basement, right?
8    A.   After.
9    Q.   It was after?
10   A.   (Witness nods head.)
11   Q.   Okay.  It was around the time of the WD-40
12 incident; is that right?
13   A.   Yes.  Yeah.  We were getting -- I was moving
14 then.
15   Q.   Why did you have to move out of the place
16 where you were living?
17   A.   I couldn't -- I couldn't afford it.  There
18 was -- there was just too much fighting going on and --
19 I don't know, I didn't feel safe there.
20   Q.   Too much fighting among whom?
21   A.   Well, there were cops coming over there
22 checking on me all the time, and the neighbors didn't
23 like it, and -- and, you know, Clay screaming and, you
24 know, he wasn't -- he wasn't supposed to be -- he
25 wasn't even supposed to be away from his mother.  His
```

Page 88

```
1 mother was supposed to have him in sight and sound at
2 all times.
3         And he's over there ripping open my venetian
4 blinds and seeing what I was doing and stuff.  It was
5 just -- you know, the neighbors had enough and I
6 wasn't -- I didn't feel safe there.  And things were
7 getting kind of -- kind of hairy, you know.
8         He was calling me from jail and threatening me
9 and telling me to say that a bunch of natives beat me
10 up in the alley, and that somebody else came and beat
11 me up, you know, and...
12   Q.   Why were you talking to him on the phone?
13   A.   I have no idea.  He was in jail and I would
14 answer it and I don't know.
15   Q.   When did he go into jail?
16   A.   I believe it was May of that year, for a DWI
17 or something.  And his mother calls me and tells me,
18 well, Clay's in -- in jail.  I -- I don't know why she
19 called, why she called me.  She -- she rarely ever
20 called me.
21   Q.   Did you know that he had been picked up for
22 DUI before Ms. Ezell called you?
23   A.   Oh, on previous occasions, I did, but no, I
24 had no idea he had been picked up for DWI.
25   Q.   The one in 2004, you didn't know about that
```

22 (Pages 85 to 88)

Heartland Court Reporters
Carol A. McCue, RMR

EXHIBIT    D
PG    8    of    8
E-mail: carol.mccue@acsalaska.net

Telephone: 907-452-6727
Fax: 907-488-7701