IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

STATE OF ALASKA, )
)
    Plaintiff, )
)
vs. )
)
CLAY J KRISTIANSEN, )
DOB: __/1963 )
APSIN ID: 5943330 )
DMV NO. 5943330 )
SSN: )
ATN: 108-270-324 )
RES: 6 Blanche Ave., Fairbanks, AK )
)
    Defendant. )
)

No. 4FA-S04-1690 CR

Filed in the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT
MAY 26 2004
Clerk of the Trial Courts
By ____ Deputy
RECEIVED
Bliss, Wilkens & Clayton
DEC 1 _ 2005
File #: 254-487  Atty: __
Calendar: ____ File ____
cc: ____

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count I - AS 11.41.300(a)(1)(C)
Kidnapping
Clay J. Kristiansen - 002

Count II - AS 11.41.210(a)(1)
Assault In The Second Degree
Clay J. Kristiansen - 003

Count III - AS 11.41.220(a)(1)(B)
Assault In The Third Degree
Clay J. Kristiansen - 001

Count IV - AS 11.41.220(a)(1)(B)
Assault In The Third Degree
Clay J. Kristiansen - 004

DISTRICT ATTORNEY, STATE OF ALASKA
455 THIRD AVENUE, SUITE 150
NORTHWARD BUILDING
FAIRBANKS, ALASKA 99701
(907) 451-5970

EXHIBIT F
PG 1 OF 3

THE GRAND JURY CHARGES:

### Count I

That on or about October 15, 2003, at or near Fairbanks in the Fourth Judicial District, State of Alaska, CLAY J. KRISTIANSEN restrained L.M. with intent to inflict physical injury upon or sexually assault L.M., or place L.M. or a third person in apprehension that any person will be subjected to serious physical injury or sexual assault.

All of which is an unclassified felony offense being contrary to and in violation of AS 11.41.300(a)(1)(C) and against the peace and dignity of the State of Alaska.

### Count II

That on or about October 15, 2003 through on or about October 31, 2003, at or near Fairbanks in the Fourth Judicial District, State of Alaska, CLAY J. KRISTIANSEN with intent to cause physical injury to L.M., caused physical injury to L.M. by means of a dangerous instrument, his shod foot.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.210(a)(1) and against the peace and dignity of the State of Alaska.

### Count III

That on or about October 15, 2003 through on or about October 31, 2003, at or near Fairbanks in the Fourth Judicial District, State of Alaska, CLAY J. KRISTIANSEN recklessly caused physical injury to L.M. by means of a dangerous instrument, his shod foot.

All of which is a class C felony offense being contrary to and in violation of AS 11.41.220(a)(1)(B) and against the peace and dignity of the State of Alaska.

### Count IV

That on or about October 15, 2003 through on or about October 31, 2003, at or near Fairbanks in the Fourth Judicial District, State of Alaska, CLAY J. KRISTIANSEN recklessly caused physical injury to L.M. by means of a dangerous instrument, his hands.

- - 2

EXHIBIT F
PG 2 OF 3

All of which is a class C felony offense being contrary to and in violation of AS 11.41.220(a)(1)(B) and against the peace and dignity of the State of Alaska.

DATED this 26 day of May, 2004 at Fairbanks, Alaska.

A true bill

_____    _____
Grand Jury Foreperson         For Jeffrey O'Bryant
                              District Attorney, No. 8406058

WITNESSES EXAMINED BEFORE THE GRAND JURY:
L.M.
Thomas Dale
Jeffrey Wells

BAIL SET AT $5,000.00

DATED 5/27/04

_____
Pengilly        JUDGE

ACCEPTED FOR FILING 5/27/04

_____
K. Weckwerth
DEPUTY CLERK

DISTRICT ATTORNEY, STATE OF ALASKA
455 THIRD AVENUE, SUITE 150
NORTHWARD BUILDING
FAIRBANKS, ALASKA 99701
(907) 451-5970

- - 3

EXHIBIT F
PG 3 OF 3