IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT FAIRBANKS

```
   CD: 4FA4104-74           STATE OF ALASKA         Judge: Pengilly
 Date: September 17, 2004          vs.              Clerk: Mitchell
                             CLAY KRISTIANSEN
 Case: 4FA-S04-1690CR
```

PROCEEDINGS: Calendar Call

COUNSEL PRESENT
Plaintiff: Elizabeth Crail, Assistant District Attorney
Defendant: Jennifer Hite, Assistant Public Defender

Defendant: Present/In Custody

---

08:36:27   To this case

      Hite: Rule 11 encompasses misdemeanor matters as well. 03-4205 and 04-2760 to be dismissed. Pleading to DUI in 04-1770. Will handle that at Calendar Call next week. He will be pleading to DUI. In this case, no contest CtIV Assault III, all other ocunts dismissed. 3 years/1 year sus. Probation 2 years. No contact with victim. Comply with AV counseling while incarcerated if available. Withdraw any pending motions. Agree to existence of Aggravator 8, criminal history includes aggravated or repeated instances of assaultive behavior.

      Crail: All time to be consecutive.

08:39:00   Court: Two special conditions and general conditions.

      Crail: Correct.

08:40:54   Defendant questions re: charging information.

      Hite: We've spent a lot of time talking about this.

08:42:50   Defendant: I don't want more time. It is just a matter of the children part.

      Court: If LM is not a child. Not admitting anything when you plead no contest.

08:43:21   Court advises of rights and maximum penalties.

08:45:09   Defendant: Request short release to take care of personal matters.

08:45:26   Court: Need to schedule a bail hearing.

08:46:35   Defendant: I'll take the deal as it is.

08:47:05   COURT: Accept no contest plea.

EXHIBIT H
PG 1 OF 2

```
CD:   4FA4104-74
Date: September 17, 2004
Case: 4FA-S04-1690CR
```

                          3 years/1 sus
                          Probation 2 years
                          No contact with victim.
                          AV counseling while in custody
                          General conditions.
                          Motions withdrawn.
                          Misdemeanors to be taken care of in district court.

08:48:32    Defendant is fingerprinted.

08:48:38    To next case