IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| LORI MORGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VIRGINIA EZELL,<br><br>　　　　Defendant.<br><hr>VIRGINIA EZELL,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>CLAY KRISTIANSEN,<br><br>　　　　Third-Party Defendant. | Case No. 4FA-05-1876 Civ |

### ANSWER TO AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT

Virginia Ezell, by and through her attorney, Paul W. Waggoner, answers plaintiff's Amended Complaint by admitting, denying and alleging as follows:

1. Admitted.

2. Admitted.

LAW OFFICES OF PAUL WAGGONER
632 Christensen Drive, Suite 200
Anchorage, Alaska 99501-2109
Phone 907-277-0514 • Facsimile 907-258-6342

Answer to Amended Complaint and Third-Party Complaint
*Morgan v. Ezell v. Kristiansen*
Case No. 4FA-05-1876 Civ
Page 1 of 4

EXHIBIT  L
PG   1   OF   4

3. Admitted Virginia Ezell owned the property, but all other allegations are denied. Admitted that plaintiff came to the property to see Clay Kristiansen, but denied that Virginia Ezell invited her to the property.

4. Denied.

5. Denied.

6. Denied.

7. Admitted that Virginia Ezell owned the property and that the kind of tort duties applied to her as other similarly situated property owners, but all other allegations are denied.

8. Denied.

9. Denied.

10. Denied.

[No paragraph 11]

12. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred by the statute of limitations.

2. Plaintiff's right to relief, if any, must be reduced by her own comparative negligence.

Answer to Amended Complaint and Third-Party Complaint
*Morgan v. Ezell v. Kristiansen*
Case No. 4FA-05-1876 Civ
Page 2 of 4

EXHIBIT L
PG 2 OF 4

3. Any negligence of Virginia Ezell must be prorated with the negligence and/or intentional conduct and/or fault of Clay Kristiansen and plaintiff.

4. Plaintiff is not the real party in interest with regard to medical bills paid by others and is not authorized to bring a claim on their behalf.

### THIRD-PARTY COMPLAINT

1. Lori Morgan has sued Virginia Ezell for injuries caused by Clay Kristiansen. Virginia Ezell denies that she was at fault, and denies that she was responsible or accountable for any injuries suffered by Lori Morgan. Defendant is without knowledge or information sufficient to form a belief to know what injuries were suffered by Lori Morgan. However, the allegations in the Complaint, and the criminal charges brought against Clay Kristiansen are that Clay Kristiansen was the cause of Lori Morgan's claimed injuries, and accordingly pursuant to Civil Rule 14 and AS 09.17 Clay Kristiansen should be made a party and fault should be apportioned to Clay Kristiansen. This is a matter between Lori Morgan and Clay Kristiansen. Virginia Ezell should not be held liable for any injuries to Lori Morgan.

WHEREFORE, Virginia Ezell asks that the Complaint against her be dismissed, and that she be awarded such costs, interest and attorney's fees and such other relief against Lori Morgan as the Court deems just.

LAW OFFICES OF PAUL WAGGONER
632 Christensen Drive, Suite 200
Anchorage, Alaska 99501-2109
Phone 907-277-0514 • Facsimile 907-258-6342

Answer to Amended Complaint and Third-Party Complaint
*Morgan v. Ezell v. Kristiansen*
Case No. 4FA-05-1876 Civ
Page 3 of 4

EXHIBIT L
PG 3 OF 4

DATE: 11-30-06

LAW OFFICES OF PAUL WAGGONER
Attorney for Virginia Ezell

By _____
PAUL W. WAGGONER
Alaska Bar Assn. No. 7705070

LAW OFFICES OF PAUL WAGGONER
632 Christensen Drive, Suite 200
Anchorage, Alaska 99501-2109
Phone 907-277-0514 • Facsimile 907-258-6342

Certificate of Service:
A copy of the above was mailed on 11/30/06 to J. John Franich and Barry Kell.

By _____
LAW OFFICES OF PAUL WAGGONER

728/P/ANSWER TO AMENDED COMPLAINT

Answer to Amended Complaint and Third-Party Complaint
*Morgan v. Ezell v. Kristiansen*
Case No. 4FA-05-1876 Civ
Page 4 of 4

EXHIBIT L
PG 4 OF 4