IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT FAIRBANKS

CD: 4FA4104-44  
Date: June 1, 2004  

**STATE OF ALASKA**  
vs.  
**CLAY KRISTIANSEN**

Judge: Pengilly  
Clerk: Mitchell

Case: 4FA-S04-1690CR

PROCEEDINGS: Arraignment

COUNSEL PRESENT  
<u>Plaintiff</u>: Jason Gazewood, Assistant District Attorney  
<u>Defendant</u>: Adam M. Gurewitz, Assistant Public Defender

Defendant: Present/In Custody

---

02:33:14   To this case

   Court distributes copies of Indictment and OH Order.

   Defendant waives reading of Indictment and rights.

   Defendant enters not guilty plea.

   <u>COURT</u>: Assign Judge Olsen  
   J.T. week August 9, 2004

02:34:10   next matter

EXHIBIT R  
PG 1 OF 3

Page 1                                                                 Copy to:

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT FAIRBANKS

| | | |
|---|---|---|
| CD: 4FA4104-51<br>Date: June 16, 2004 | STATE OF ALASKA<br>vs.<br>CLAY KRISTIANSEN | Judge: Pengilly<br>Clerk: Mitchell |

Case: **4FA-S04-1690CR**

PROCEEDINGS: Bail Hearing

COUNSEL PRESENT
<u>Plaintiff</u>: Danielle Simmons, Assistant District Attorney
<u>Defendant</u>: Jennifer Hite, Assistant Public Defender

Defendant: Present/In Custody

---

09:16:17   To this case

        Hite:   Earlier proposal to release to mother, Virginia Esell. RDS had concerns about not being available 24-7. She has spoken with her employer, can take up to 1 year leave of absence. Can post up to $5000. Client resided in her home previously, but on a different floor. He can reside on the same floor. There is another pending charge, he's been released OR and has maintained steady contact. He had a DUI, he appeared in court for it, was taken into custody on this matter then. His appearing isn't a concern. His mother is aware of charges and of responsibilities as 3rd party.

09:19:04   Simmons: RDS had concerns about an elderly parent being a 3rd party. Concern is not her record. The allegation is that when this incident happened, she was upstairs and didn't take any action to stop what was going on. She isn't in a position because of her relationship with her son to report as necessary.

09:20:55   Hite:   She can post up to $5000.

        Court:  Bail was set at $5000. Not finding requirement for 3rd party. Warrant issued for $5000. It doesn't say anything about a 3rd party.

09:21:56   Hite:   May be misunderstanding on my part.

09:22:11   Simmons: That being the case, it is anticipated mother may be a witness. Request no contact with her or at least prohibited from discussing this case.

        Court:  Not viable if they share the same residence. Not to discuss the case.

09:23:04   Simmons: Request standard DV conditions. Victim is located on Eielson Street, which is the other side of town. No alcohol.

---

EXHIBIT  R
PG  2  OF  3    Copy to:

Page 1

```
CD:   4FA4104-51
Date: June 16, 2004
Case: 4FA-S04-1690CR
```

| | | | |
|---|---|---|---|
| 09:24:09 | COURT: | No alcohol. | |
| | | No contact with victim. | |
| | | Not to be at or near her residence. | |
| | | Not to leave the Fairbanks North Star Borough. | |
| | | No criminal offenses. | |
| | | Make court appearances. | |
| | | $5000 performance bond. | |
| 09:25:12 | Off record | | |

EXHIBIT __R__
PG __3__ OF __3__