Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
    Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) )         Plaintiff, ) )   v. ) ) CLAY KRISTIANSEN, and ) LORI MORGAN, ) )         Defendants. ) _____ ) | Case No. 3:06-CV-79-TMB  MOTION TO DISMISS ACTION |

Plaintiff Allstate Insurance Company moves the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss this action without prejudice, with the parties to bear their own costs and fees. Allstate brought this declaratory judgment action to determine whether a homeowner's insurance policy provided coverage for a tort claim brought by Lori Morgan for injuries suffered during an assault by Clay Kristiansen, who was convicted of felony assault.  The reason Allstate seeks dismissal is this declaratory judgment action is no longer necessary because the underlying tort case has been settled and dismissed pursuant to a court order

entered May 16, 2007.

The current status of this declaratory judgment action is Allstate filed a motion for summary judgment on March 22, 2007, which stands unopposed. Default was previously entered against Defendant Morgan for failure to answer the complaint. Defendant Kristiansen filed an answer, pro se, but has not opposed Allstate's summary judgment motion.

A proposed order of dismissal is submitted with this motion.

DATED this 1st day of June, 2007, at Anchorage, Alaska.

By: s/Jean E. Kizer

BLISS, WILKENS & CLAYTON
Counsel for Plaintiff
Allstate Insurance Company
500 L Street, Suite 200
Anchorage, AK   99501
E-mail:  jek@bwclawyers.com
Phone: (907) 276-2999
Fax:   (907) 276-2956
[ABA No. 8706030]

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, a copy of the foregoing Motion to Dismiss Action was served by mail on:

**Clay Kristiansen
6 Blanche Avenue
Fairbanks, AK   99701**

**Lori Morgan
720 10th Avenue
Fairbanks, AK 99701**

**s/Jean E. Kizer**

N:\ASM\854\487\PLDG\Dismiss.mot.doc