```
Jean E. Kizer
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:  (907) 276-2999
Facsimile:  (907) 276-2956
E-mail:  jek@bwclawyers.com

Attorneys for Plaintiff
     Allstate Insurance Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLAY KRISTIANSEN, and ) <br> LORI MORGAN, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:06-CV-79-TMB <br><br> <u>PROPOSED ORDER DISMISSING ACTION</u> |

This matter having come before the Court on Plaintiff Allstate Insurance Company's Motion to Dismiss Action, pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS ORDERED that this action is dismissed without prejudice. The parties shall bear their own costs and fees.

DATED this ___ day of _____, 2007.

_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, a copy
of the foregoing Proposed Order Dismissing Action
was served by mail on:

**Clay Kristiansen**
**6 Blanche Avenue**
**Fairbanks, AK    99701**

**Lori Morgan**
**720 10th Avenue**
**Fairbanks, AK 99701**


**s/Jean E. Kizer**


N:\ASM\854\487\PLDG\Dismiss.Order.Proposed.doc