IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>                 Plaintiff,<br><br>   vs.<br><br>CLAY KRISTIANSEN, and<br>LORI MORGAN,<br><br>                Defendants. | Case No. 3:06-cv-000079  TMB<br><br>O R D E R |

     This matter having come before the Court on Plaintiff Allstate Insurance Company's Motion to Dismiss Action, pursuant to Federal Rule of Civil Procedure 41(a)(2),

     IT IS ORDERED that this action is dismissed without prejudice. The parties shall bear their own costs and fees.

     Dated at Anchorage, Alaska, this 25th day of July, 2007.

                                                      /s/ Timothy Burgess

                                                      Timothy M. Burgess<br>
                                                      United States District Judge